**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 26-cv-000243**

Fish Kiss, Inc.,

Plaintiff,

v.

Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1–3,

Defendants.

## INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | DESCRIPTION |
|---|---|
| A | True copies of registration certificates for Fish Kiss's 46 copyrights, the written assignment transferring those copyright registrations to Fish Kiss, and the certificates for Fish Kiss's two trademark registrations. |
| B | License and Collaboration Agreement (effective January 1, 2023) |
| C | License and Collaboration Agreement (effective January 1, 2025) |
| D | Cease and Desist letter dated January 14, 2026 |
| E | Comparisons of Fish Kiss Artwork and Infringing Artwork |
| F | Exemplars of Derivative Artwork |
| G | A representative list of Amazon ASINs and URLs for the Unauthorized Product. |
| H | Screenshots documenting Wet-It's continued use and display of Fish Kiss Artwork on its Amazon Storefront |
| I | Demand letter dated April 17, 2026 from Fish Kiss to Zentra |
| J | Demand letter dated May 6, 2026 from Fish Kiss to Faire |