# EXHIBIT A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-099-625**
**Effective Date of Registration:**
October 01, 2017

## Title

**Title of Work:** Washington D.C. Map

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 22, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** October 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-471**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Kentucky Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-166**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Massachusetts Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 15, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-472**
**Effective Date of Registration:**
April 08, 2017

## Title

**Title of Work:** California Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** April 08, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-159**
**Effective Date of Registration:**
April 14, 2017

## Title

**Title of Work:** Alabama Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 08, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** April 14, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-163**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Indiana Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 13, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-164**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Iowa Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr. Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-151**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Kansas Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 09, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-154**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Louisiana Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 16, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-156**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Maine Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-468**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Illinois Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-049-470**

**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Maryland Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 05, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-343**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Ohio Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 28, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-345**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Oregon Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 26, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-350**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Pennsylvania Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 11, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-383**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** South Carolina Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 31, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-049-384**

**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Tennessee Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 08, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-387**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Texas Map

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 13, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
**Author Created:** 2-D artwork, map
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-388**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Utah Map

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 03, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-391**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Vermont Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 28, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-393**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Virginia Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 10, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-394**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** West Virginia Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 05, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-399**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Wisconsin Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 23, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-404**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Wyoming Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-152-786**
**Effective Date of Registration:**
December 20, 2018

## Title

**Title of Work:** America Map

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 29, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** December 20, 2018

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-053-178**
Effective Date of Registration:
April 08, 2017

## Title

**Title of Work:** State Maps Feb-March 2017

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 22, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Email:** info@fish-kiss.com

## Certification

**Name:** Anne Klein
**Date:** April 08, 2017

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-161**
**Effective Date of Registration:**
April 14, 2017

## Title

**Title of Work:** Michigan Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 21, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** April 14, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-169**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Minnesota Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-172**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Mississippi Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 22, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-173**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Missouri Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 07, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-174**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Montana Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-049-175**

**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Nebraska Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 11, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-177**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Nevada Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 28, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-049-178**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** New Hampshire Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 25, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-179**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** New Jersey Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 15, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-049-215**

**Effective Date of Registration:**

May 01, 2017

## Title

**Title of Work:** New Mexico Map

## Completion/Publication

**Year of Completion:** 2016

**Date of 1st Publication:** November 22, 2016

**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss

  **Author Created:** 2-D artwork, map

  **Work made for hire:** Yes

  **Citizen of:** United States

  **Domiciled in:** United States

  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss

**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein

**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-218**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** New York Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-157**
**Effective Date of Registration:**
April 14, 2017

## Title

**Title of Work:** North Carolina Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 17, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
**Author Created:** 2-D artwork, map
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** April 14, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-165**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Oklahoma Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-162**
**Effective Date of Registration:**
April 14, 2017

## Title

**Title of Work:** Washington Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 18, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** April 14, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-275-215**
**Effective Date of Registration:**
April 28, 2017

## Title

**Title of Work:** Denver Map

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** April 28, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-406**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Arizona Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 18, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-408**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Arkansas Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 02, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-425**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Colorado Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-461**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Connecticut Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-462**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Delaware Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 29, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-463**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Florida Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-464**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Georgia Map

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-466**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Hawaii Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 23, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-049-467**
**Effective Date of Registration:**
May 01, 2017

## Title

**Title of Work:** Idaho Map

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 27, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Fish Kiss
  **Author Created:** 2-D artwork, map
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Fish Kiss
1202 Fletcher Dr, Erie, CO, 80516, United States

## Rights and Permissions

**Organization Name:** Fish Kiss
**Address:** 1202 Fletcher Dr
Erie, CO 80516 United States

## Certification

**Name:** Anne Klein
**Date:** May 01, 2017

## CONFIRMATORY COPYRIGHT ASSIGNMENT

This Confirmatory Copyright Assignment (this "Assignment") is entered into as of August 12, 2026, (the "Execution Date"), by and between Fish Kiss, LLC, a Colorado limited liability company that has been dissolved and is acting solely to wind up its affairs ("Assignor"), and Fish Kiss, Inc., a Colorado corporation ("Assignee"). Assignor and Assignee may each be referred to as a "Party" and together as the "Parties."

## RECITALS

**WHEREAS**, Assignor was formed in 2014 and operated the Fish Kiss business before the formation of Assignee.

**WHEREAS**, the visual artworks identified in Exhibit A (collectively, the "Works") were created between 2014 and 2018 for Assignor. The Works were registered with the United States Copyright Office as works made for hire, with "Fish Kiss" identified as author and copyright claimant. As used in the registrations, "Fish Kiss" refers to Assignor.

**WHEREAS,** Assignee was formed as a Colorado corporation on March 8, 2019.

**WHEREAS,** In connection with the transfer of the Fish Kiss business and Assignor's subsequent dissolution and winding up, Assignor transferred its operating assets, including its copyright assets, to Assignee effective April 1, 2021 (the "Original Transfer Date").

**WHEREAS**, Assignor was dissolved effective July 2, 2021 and this Assignment is executed as an act appropriate and necessary to complete the winding up of Assignor's affairs.

**WHEREAS**, under Colorado law, Assignor continues its existence for purposes of winding up its affairs, including disposing of and transferring its remaining property. The person executing this Assignment for Assignor is authorized to act for Assignor in winding up its affairs.

**WHEREAS**, The Parties wish to confirm and memorialize the transfer effective as of the Original Transfer Date and, to the extent any Assigned Rights did not effectively pass to Assignee on that date, to transfer those Assigned Rights to Assignee as of the Execution Date.

## AGREEMENT

**1. Confirmation of Original Transfer.** Assignor confirms that, effective as of the Original Transfer Date, Assignor transferred and assigned to Assignee all of Assignor's right, title, and interest in and to the Assigned Rights defined below. This Assignment memorializes and confirms that transfer and is not intended to imply that Assignor retained any Assigned Right after the Original Transfer Date.

**2. Present Assignment of Any Remaining Rights.** Assignor confirms that, as part of the transfer and winding up of Assignor's business, Assignor transferred the Assigned Rights to Assignee effective April 1, 2021. To the extent any Assigned Right did not effectively transfer to Assignee on the Original Transfer Date, Assignor hereby irrevocably sells, assigns, transfers, conveys, and delivers that Assigned Right to Assignee as of the Execution Date. This present assignment is cumulative of, and does not limit, the confirmation in Section 1.

**3. Assigned Rights.** "Assigned Rights" means all worldwide right, title, and interest of Assignor in and to: (a) the Works; (b) the copyrights and all exclusive rights under 17 U.S.C. § 106 and analogous laws in the Works; (c) the registrations identified in Exhibit A and all applications, supplemental registrations, corrections, restorations and extensions relating to the Works; (d) all versions, revisions, adaptations, and derivative works owned by Assignor; (e) all rights of priority and all rights under international conventions and the laws of every jurisdiction; and (f) all claims, demands, choses in action, and causes of action described in Section 4.

**4. Accrued and Future Claims and Remedies.** The Assigned Rights expressly include all claims and causes of action for infringement, misappropriation, or other violation of rights in the Works occurring before, on, or after the Original Transfer Date, whether known or unknown, accrued or unaccrued, asserted or unasserted, together with the exclusive right to investigate, prosecute, settle, release, and recover on those claims in Assignee's own name, including all claims and causes of action that accrued before the Effective Date. The transfer includes all associated remedies and recoveries, including actual damages, infringer's profits, statutory damages, enhanced damages, prejudgment and postjudgment interest, costs, attorneys' fees, injunctive relief, impoundment, destruction, and any other legal or equitable relief.

**5. Consideration.** This Assignment is made for good and valuable consideration, the receipt and sufficiency of which are acknowledged, including the consideration provided in connection with the transfer of the Fish Kiss business to Assignee.

**6. Further Assurances.** Assignor shall execute and deliver any additional documents and take any further actions reasonably requested by Assignee to evidence, perfect, record, maintain, or enforce the Assigned Rights, including documents requested by the United States Copyright Office or any foreign authority. Assignee may record this Assignment with the United States Copyright Office and other appropriate authorities.

**7. Authority.** Each person signing this Assignment represents that the person has authority to execute it for the identified Party. Assignor represents that its execution and delivery of this Assignment is appropriate and necessary to wind up its affairs under applicable Colorado law.

**8. No Implied Limitation or Admission.** This Assignment supplements and confirms the Original Transfer and does not rescind, replace, narrow, or otherwise limit any earlier transfer of assets or rights to Assignee. Its execution is not an admission that the Original Transfer was ineffective or that Assignee lacked ownership at any time after the Original Transfer Date.

**9. Successors and Assigns.** This Assignment binds and benefits the Parties and their respective successors, legal representatives, and permitted assigns. Assignee may assign any or all of the Assigned Rights.

**10. Counterparts; Electronic Signatures.** This Assignment may be executed in counterparts, each of which is deemed an original and all of which constitute one instrument. Signatures delivered electronically or in PDF form are effective as originals.

**11. Entire Agreement Regarding Confirmation.** This Assignment constitutes the Parties' complete agreement concerning its confirmation and present assignment of the Assigned Rights but does not supersede or impair any broader asset transfer, corporate action, or other agreement effectuating the Original Transfer.

**IN WITNESS THEREOF**, the Parties have duly executed this Agreement.

By: ______________________ Date: 08 / 12 / 2026

Anne Klein, Member
Fish Kiss, LLC

By: ______________________ Date: 08 / 12 / 2026

Anne Klein, Owner
Fish Kiss, Inc.

## EXHIBIT A

## WORKS AND COPYRIGHT REGISTRATIONS

| U.S. Copyright Registration No. | Title of Work | Date of Registration |
|---|---|---|
| VA 2-049-159 | Alabama Map | April 14, 2017 |
| VA 2-152-786 | America Map | December 20, 2018 |
| VA 2-049-406 | Arizona Map | May 1, 2017 |
| VA 2-049-408 | Arkansas Map | May 1, 2017 |
| VA 2-049-472 | California Map | April 8, 2017 |
| VA 2-049-425 | Colorado Map | May 1, 2017 |
| VA 2-049-461 | Connecticut Map | May 1, 2017 |
| VA 2-049-462 | Delaware Map | May 1, 2017 |
| VA 1-275-215 | Denver Map | April 28, 2017 |
| VA 2-049-463 | Florida Map | May 1, 2017 |
| VA 2-049-464 | Georgia Map | May 1, 2017 |
| VA 2-049-466 | Hawaii Map | May 1, 2017 |
| VA 2-049-467 | Idaho Map | May 1, 2017 |
| VA 2-049-468 | Illinois Map | May 1, 2017 |
| VA 2-049-163 | Indiana Map | May 1, 2017 |
| VA 2-049-164 | Iowa Map | May 1, 2017 |
| VA 2-049-151 | Kansas Map | May 1, 2017 |
| VA 2-049-471 | Kentucky Map | May 1, 2017 |
| VA 2-049-154 | Louisiana Map | May 1, 2017 |
| VA 2-049-156 | Maine Map | May 1, 2017 |
| VA 2-049-470 | Maryland Map | May 1, 2017 |
| VA 2-049-166 | Massachusetts Map | May 1, 2017 |
| VA 2-049-161 | Michigan Map | April 14, 2017 |
| VA 2-049-169 | Minnesota Map | May 1, 2017 |
| VA 2-049-172 | Mississippi Map | May 1, 2017 |

| | | |
|---|---|---|
| VA 2-049-173 | Missouri Map | May 1, 2017 |
| VA 2-049-174 | Montana Map | May 1, 2017 |
| VA 2-049-175 | Nebraska Map | May 1, 2017 |
| VA 2-019-177 | Nevada Map | May 1, 2017 |
| VA 2-049-178 | New Hampshire Map | May 1, 2017 |
| VA 2-049-179 | New Jersey Map | May 1, 2017 |
| VA 2-049-215 | New Mexico Map | May 1, 2017 |
| VA 2-049-218 | New York Map | May 1, 2017 |
| VA 2-049-157 | North Carolina Map | April 14, 2017 |
| VA 2-049-343 | Ohio Map | May 1, 2017 |
| VA 2-049-165 | Oklahoma Map | May 1, 2017 |
| VA 2-049-345 | Oregon Map | May 1, 2017 |
| VA 2-049-350 | Pennsylvania Map | May 1, 2017 |
| VA 2-049-383 | South Carolina Map | May 1, 2017 |
| VA 2-053-178 | State Maps Feb-March 2017 | April 8, 2017 |
| VA 2-049-384 | Tennessee Map | May 1, 2017 |
| VA 2-049-387 | Texas Map | May 1, 2017 |
| VA 2-049-388 | Utah Map | May 1, 2017 |
| VA 2-049-391 | Vermont Map | May 1, 2017 |
| VA 2-049-393 | Virginia Map | May 1, 2017 |
| VA 2-099-625 | Washington, DC Map | October 1, 2017 |
| VA 2-049-162 | Washington Map | April 14, 2017 |
| VA 2-049-394 | West Virginia Map | May 1, 2017 |
| VA 2-049-399 | Wisconsin Map | May 1, 2017 |
| VA 2-049-404 | Wyoming Map | May 1, 2017 |

| | |
|---|---|
| **Title** | TAKE TWO |
| **File name** | Executable_Fish_K...ht_Assignment.pdf |
| **Document ID** | d1e083b059222c7a6d8a97ef7d0d5896014afcaf |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

| | |
|---|---|
| **08 / 12 / 2026**<br>20:08:26 UTC | Sent for signature to Anne Klein (anne@fish-kiss.com) from eadanchuk@gmail.com<br>IP: 98.2.196.11 |
| **08 / 12 / 2026**<br>20:11:15 UTC | Viewed by Anne Klein (anne@fish-kiss.com)<br>IP: 140.228.246.97 |
| **08 / 12 / 2026**<br>20:11:32 UTC | Signed by Anne Klein (anne@fish-kiss.com)<br>IP: 140.228.246.97 |
| **08 / 12 / 2026**<br>20:11:32 UTC | The document has been completed. |

# United States of America

## United States Patent and Trademark Office

fish kiss

**Reg. No. 5,027,160**

**Registered Aug. 23, 2016**

**Int. Cl.: 24, 28**

**Trademark**

**Principal Register**

Fish Kiss (COLORADO LIMITED LIABILITY COMPANY)
1202 Fletcher Dr
Erie, CO 80516

CLASS 24: Tea towels

FIRST USE 12-20-2013; IN COMMERCE 1-12-2016

CLASS 28: Christmas stockings; Christmas tree skirts

FIRST USE 12-20-2013; IN COMMERCE 1-12-2016

The color(s) white, orange, and aqua is/are claimed as a feature of the mark.

The mark consists of white background with two orange fish kissing each other, aqua stylized lowercase "fish kiss" letters with orange circles dotting the "i"'s in "fish" and "kiss", 4 orange circles stacked two by two in between the words "fish" and "kiss".

OWNER OF U.S. REG. NO. 4588022

SER. NO. 86-879,847, FILED 01-19-2016
FONG HSU, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,122,913**

**Registered Jan. 17, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Fish Kiss (COLORADO LIMITED LIABILITY COMPANY)
1202 Fletcher Dr.
Erie, CO 80516

CLASS 21: Bowls; Cups; Plastic plates; Plates; Plates for hors d'oeuvre; Serving trays; Cake plates; Coffee mugs; Coffee cups, tea cups and mugs; Commemorative plates; Cups and mugs; Decorative plates; Dessert plates; Dishes and plates; Salad bowls; Soup bowls; Souvenir plates; Table plates

FIRST USE 12-20-2013; IN COMMERCE 5-14-2016

The color(s) white, orange, and aqua is/are claimed as a feature of the mark.

The mark consists of a white background with two orange fish kissing each other with aqua stylized lowercase letters reading "FISH KISS" that have orange circles as the dots on the "I" in both the words "FISH" and "KISS" along with four orange circles stacked two by two centered in between the words "FISH" and "KISS".

SER. NO. 87-046,033, FILED 05-21-2016
MICHAEL L ENGEL, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office