# EXHIBIT D

**VIA EMAIL ONLY**

January 14, 2026

Justin Davies
Swedish Treasures, LLC
701 Withrow Road
Forest City, NC 28043

Email: Justin@myswedishtreasures.com

**RE: Notice of Copyright Infringement & Breach of Contract**

Dear Justin:

As you know, **I represent Fish Kiss, Inc.** ("Fish Kiss") in its intellectual property matters. I understand that Wet-It! has engaged the services of two artists to **create new state artwork for Swedish cloths and tea towels (the "Wet-It Artwork")**. I also understand that that this new artwork is quite similar to – and clearly derivative of – Fish Kiss' map artwork. Finally, I understand that Wet-It! has been marketing the products by **insinuating that Fish Kiss is "retiring"** and that the new Wet-It! Artwork products are **"replacing the Fish Kiss [products]." Wet-It's conduct constitutes copyright infringement as well as breach of the License and Collaboration Agreement executed in June 2025. We must insist that Wet-It! immediately cease sales of the Wet-It! Artwork.**

**Fish Kiss is the owner of 50 U.S. copyright registrations for the Fish Kiss map artwork** depicted in the attached Exhibit A (the "Fish Kiss Maps"); please see Exhibit B for a list of the copyright registrations for the Fish Kiss Maps. **I am happy to provide all relevant copyright registrations upon request**.

**The Fish Kiss Maps are indisputably protected under U.S. copyright law as original works of art; the 50 issued registrations act as prima facie evidence of that protection**. Although the individual elements and factual information depicted on the maps may not be protectable standing alone, the **specific selection and arrangement of those elements is protectable**. See, e.g., *United States v. Hamilton*, 583 F.2d 448, 451 (9th Cir. 1978) (Kennedy, J.) ("Originality may be found in taking the commonplace and making it into a new combination or arrangement."). See also *Metcalf v. Bochco*, 294 F.3d 1069, 1074 ("The particular sequence in which an author strings a significant number of unprotectable elements can itself be a protectable element. Each note in a scale, for example, is not protectable, but a pattern of notes in a tune may earn copyright protection.") Accordingly, in order for copyright protection to extend to a combination of

unprotectable elements, those elements must be "numerous enough and their selection and arrangement original enough that their combination constitutes an original work of authorship." *Satava v. Lowry*, 323 F.3d 805, 811 (9th Cir. 2003). Fish Kiss' selection and arrangement of featured state places and cities easily satisfies these requirements.

**Our investigation** and analysis of the Wet-It! Artwork thus far **suggest that many of the Wet-It! Artwork's selection and arrangement of elements are substantially similar to that of the Fish Kiss Maps.** In particular, the **specific geographic locations and landmarks selected** for inclusion in the Wet-It! Artwork closely **mirror those appearing in the Fish Kiss Maps**, reflecting an overlap that is both extensive and highly specific. Additionally, **many of the symbols** used by Wet-It! **to depict these locations and landmarks are identical to** those created and employed by Anne Klein in **the original Fish Kiss Maps**.

By way of example, Pippa and Wet-It!'s inclusion of the Arizona Tree Frog—positioned in the bottom-right corner of the map—is especially telling. The selection and placement of this obscure animal is unlikely to be coincidental and strongly suggests copying.

Although all maps have not yet been comprehensively compared and analyzed, the similarities identified to date indicate a significant degree of copying and resulting substantial similarity. **Attached please find Exhibit C showing the points of commonality between the respective Alabama, Arizona and Connecticut maps as our initial examples.** Our noted points of commonality exclude most standard map locations and landmarks, such as capitals and cities, famous points of interest and state-typical flora and fauna and standard depictions of the same.

The use, reference and copying of the Fish Kiss Maps in violation of Fish Kiss' copyrights **subjects Wet-It! to liability for damages, including disgorgement of any profits** reaped through the unauthorized distribution of any infringing products **and any losses sustained by Fish Kiss** as a result of the infringement. Because Fish Kiss holds timely copyright registrations, it may also **elect statutory damages** under 17 U.S.C. § 504(c). Under this statute, **Fish Kiss may be entitled to damages up to $30,000 per work for non-willful infringement, and up to $150,000 per work if willful infringement is proven. Hypothetically, if maximum damages were awarded for infringement of all 50 works, Wet-It's liability would be $1.5 Million for non-willful infringement, and $7.5 Million for willful infringement.** Fish Kiss may also seek an **award of attorneys' fees** pursuant to 17 U.S.C. §§ 412 and 505.

**We will require additional time to examine all fifty works in detail to determine individual copyright infringement; Anne has only recently brought this to my attention.** In the meantime, **we urge you to comply with our demands to cease sales** to allow us the opportunity to compare the works. Should you take any retail or wholesale orders for these products at Atlanta Market without allowing us sufficient time to review**, any resulting copyright infringement will be construed as willful.**

**Even more importantly, Wet-It's use of the Fish Kiss Maps** in the development, contemplation and creation of the new Wet-It! Artwork **constitutes a definitive breach of the Licensing and Collaboration**

**Agreement executed earlier this year (the "Agreement").** Pursuant to the terms of the Agreement, **Wet-It is prohibited from creating derivative works from the Fish Kiss Maps**. Paragraph XI.D states, **"Licensee may not…create derivative works from the Licensed Artwork in any manner except [for]…non-material modifications.**" There are several additional provisions in the Agreement that prohibit Wet-It's creation of derivative works. Wet-It's unmistakable **use of the Fish Kiss Maps to create the derivative Wet-It! Artwork is a breach of Wet-It's surviving obligations under the Agreement.**

Moreover, Paragraph XI.B states, "Upon the termination of this Agreement, **Licensee shall immediately destroy all digital images, sketches and/or derivative works** of, and production materials **for, the Licensed Artwork** and **shall forfeit all rights to use the Licensed Artwork.**" Accordingly, Wet-It! has also breached the Agreement in failing to immediately destroy all Fish Kiss Map art upon termination; the Fish Kiss Maps were obviously heavily referenced in designing Wet-It!'s new artwork.

Accordingly, assuming arguendo that no copyright infringement has occurred, Wet-It! will still be liable for breach of contract. Given Fish Kiss' various potential legal claims, this correspondence shall serve as **formal notice of Fish Kiss' copyrights and our demand that Wet-It! immediately**:

1. **Cease and desist** from all manufacture, importation, marketing, display, promotion, distribution and sale of products bearing the Wet-It! Artwork ("Subject Products");

2. **Cancel all retailer, vendor, distributor and third-party reseller orders placed** for the Subject Products;

3. **Disable access** to all webpages, product listings, URLs, and digital storefronts displaying or offering the Subject Products;

4. **Identify, gather, and segregate** all inventory of the Subject Products – including in-process shipments – pending further instruction; and

5. **Refrain from any and all use of the Fish Kiss Maps,** including any derivative works or substantially similar designs, in any future products, marketing, or promotional materials.

**Please provide written confirmation within 24 hours that all unauthorized display, promotion, distribution and sale of the Subject Products has ceased.** **Should Wet-It! refuse to comply** with our demands, Fish Kiss will take immediate steps to mitigate ongoing harm, including **submitting appropriate notices under the DMCA pursuant to 17 U.S.C. § 512 *et seq*. to remove any online listings that Fish Kiss reasonably believes infringe the Fish Kiss Maps, including on Faire and Shopify**. Please be guided accordingly.

I look forward to receiving your response. This is not a full recitation of all outstanding facts and legal issues, and nothing in this letter is meant to be construed to waive or limit any rights, claims, or remedies. Fish Kiss, Inc. reserves all rights.

Best regards,

*/s/ Emily A. Danchuk*
Emily A. Danchuk

enc.

# EXHIBIT A

**Fish Kiss Artwork**




ALABAMA SQUARE CANVAS ART
from $ 32.00




ALASKA SQUARE CANVAS ART
from $ 32.00




AMERICA SQUARE CANVAS ART
from $ 32.00




ARIZONA SQUARE CANVAS ART
from $ 32.00




ARKANSAS SQUARE CANVAS ART
from $ 32.00




CALIFORNIA SQUARE CANVAS ART
from $ 32.00




COLORADO SQUARE CANVAS ART
from $ 32.00




CONNECTICUT SQUARE CANVAS ART
from $ 32.00




DELAWARE SQUARE CANVAS ART
from $ 32.00




FLORIDA SQUARE CANVAS ART
from $ 32.00




GEORGIA SQUARE CANVAS ART
from $ 32.00




HAWAII SQUARE CANVAS ART
from $ 32.00




IDAHO SQUARE CANVAS ART
from $ 32.00




ILLINOIS SQUARE CANVAS ART
from $ 32.00




INDIANA SQUARE CANVAS ART
from $ 32.00




IOWA SQUARE CANVAS ART
from $ 32.00













KANSAS ... VAS ... ARE ... SQU ... AR




MARYLAND SQUARE CANVAS ART
from $ 32.00




MASSACHUSETTS SQUARE CANVAS ART
from $ 32.00




MICHIGAN SQUARE CANVAS ART
from $ 32.00




MINNESOTA SQUARE CANVAS ART
from $ 32.00




MISSISSIPPI SQUARECANVAS ART




MISSOURI SQUARE CANVAS ART




MONTANA SQUARE CANVAS ART




NEBRASKA SQUARE CANVAS ART




NEVADA SQUARE CANVAS ART
from $ 32.00




NEW HAMPSHIRE SQUARE CANVAS ART
from $ 32.00




NEW JERSEY SQUARE CANVAS ART
from $ 32.00




NEW MEXICO SQUARE CANVAS ART
from $ 32.00




NEW YORK SQUARE CANVAS ART
from $ 32.00




NORTH CAROLINA SQUARE CANVAS ART
from $ 32.00




NORTH DAKOTA SQUARE CANVAS ART
from $ 32.00




OHIO SQUARE CANVAS ART
from $ 32.00




OKLAHOMA SQUARE CANVAS ART
from $ 32.00




OREGON SQUARE CANVAS ART
from $ 32.00




PENNSYLVANIA SQUARE CANVAS ART
from $ 32.00




RHODE ISLAND SQUARE CANVAS ART
from $ 32.00




SOUTH CAROLINA SQUARE CANVAS ART
from $ 32.00




SOUTH DAKOTA SQUARE CANVAS ART
from $ 32.00




TENNESSEE SQUARE CANVAS ART
from $ 32.00




TEXAS SQUARE CANVAS ART
from $ 32.00




UTAH SQUARE CANVAS ART




VERMONT SQUARE CANVAS ART




VIRGINIA SQUARE CANVAS ART




WASHINGTON D.C. SQUARE CANVAS ART




WASHINGTON SQUARE




WEST VIRGINIA SQUARE




WISCONSIN SQUARE




WYOMING SQUARE CANVAS

# EXHIBIT B

## Fish Kiss Copyright Registration Information

**FISH KISS COPYRIGHT REGISTRATIONS**

| U.S. Copyright Registration No. | Title of Work | Effective Date of Registration |
|---|---|---|
| | | |
| VA 2-049-159 | Alabama Map | April 14, 2017 |
| VA 2-152-786 | America Map | December 20, 2018 |
| VA 2-049-406 | Arizona Map | May 1, 2017 |
| VA 2-049-408 | Arkansas Map | May 1, 2017 |
| VA 2-049-472 | California Map | April 8, 2017 |
| VA 2-049-425 | Colorado Map | May 1, 2017 |
| VA 2-049-461 | Connecticut Map | May 1, 2017 |
| VA 2-049-462 | Delaware Map | May 1, 2017 |
| VA 1-275-215 | Denver Map | April 28, 2017 |
| VA 2-049-463 | Florida Map | May 1, 2017 |
| VA 2-049-464 | Georgia Map | May 1, 2017 |
| VA 2-049-466 | Hawaii Map | May 1, 2017 |
| VA 2-049-467 | Idaho Map | May 1, 2017 |
| VA 2-049-468 | Illinois Map | May 1, 2017 |
| VA 2-049-163 | Indiana Map | May 1, 2017 |
| VA 2-049-164 | Iowa Map | May 1, 2017 |
| VA 2-049-151 | Kansas Map | May 1, 2017 |
| VA 2-049-471 | Kentucky Map | May 1, 2017 |
| VA 2-049-154 | Louisiana Map | May 1, 2017 |
| VA 2-049-156 | Maine Map | May 1, 2017 |
| VA 2-049-470 | Maryland Map | May 1, 2017 |
| VA 2-049-166 | Massachusetts Map | May 1, 2017 |
| VA 2-049-161 | Michigan Map | April 14, 2017 |
| VA 2-049-169 | Minnesota Map | May 1, 2017 |
| VA 2-049-172 | Mississippi Map | May 1, 2017 |
| VA 2-049-173 | Missouri Map | May 1, 2017 |
| VA 2-049-174 | Montana Map | May 1, 2017 |
| VA 2-049-175 | Nebraska Map | May 1, 2017 |
| VA 2-019-177 | Nevada Map | May 1, 2017 |
| VA 2-049-178 | New Hampshire Map | May 1, 2017 |
| VA 2-049-179 | New Jersey Map | May 1, 2017 |
| VA 2-049-215 | New Mexico Map | May 1, 2017 |
| VA 2-049-218 | New York Map | May 1, 2017 |
| VA 2-049-157 | North Carolina Map | April 14, 2017 |
| VA 2-049-343 | Ohio Map | May 1, 2017 |
| VA 2-049-165 | Oklahoma Map | May 1, 2017 |
| VA 2-049-345 | Oregon Map | May 1, 2017 |
| VA 2-049-350 | Pennsylvania Map | May 1, 2017 |
| VA 2-049-383 | South Carolina Map | May 1, 2017 |
| VA 2-053-178 | State Maps Feb-March 2017 | April 8, 2017 |
| VA 2-049-384 | Tennessee Map | May 1, 2017 |

| | | |
|---|---|---|
| VA 2-049-387 | Texas Map | May 1, 2017 |
| VA 2-049-388 | Utah Map | May 1, 2017 |
| VA 2-049-391 | Vermont Map | May 1, 2017 |
| VA 2-049-393 | Virginia Map | May 1, 2017 |
| VA 2-099-625 | Washington, DC Map | October 1, 2017 |
| VA 2-049-162 | Washington Map | April 14, 2017 |
| VA 2-049-394 | West Virginia Map | May 1, 2017 |
| VA 2-049-399 | Wisconsin Map | May 1, 2017 |
| VA 2-049-404 | Wyoming Map | May 1, 2017 |

# EXHIBIT C

## Comparisons




FISH KISS ALABAMA STATE MAP




WET-IT!/PIPPA INFRINGING ARTWORK




FISH KISS ARKANSAS STATE MAP




WET-IT!/PIPPA INFRINGING ARTWORK




FISH KISS ARIZONA STATE MAP




WET-IT!/PIPPA INFRINGING ARTWORK




**FISH KISS CONNECTICUT STATE MAP**




**WET-IT!/PIPPA INFRINGING ARTWORK**