# EXHIBIT E

# Wet-It/ Pippa Art




# Fish Kiss Art




Alaska
UAF
UAA
UAS
★JUNEAU★
The Last Frontier
pippa x wet-it!


Alaska
Forget-Me-Not
Utqiaġvik
Wainwright
Point Lay
Alpine
Nuiqsut
Prudhoe Bay
Kaktovik
Gordon
Umiat
Wevok
Point Hope
Chariot
Red Dog Mine
Kivalina
Noatak
Anaktuvuk Pass
Arctic Village
Gates of the Arctic
Ambler
Coldfoot
Arctic Circle
Chena Hot Springs
Little Diomede
Shishmaref
Selawik
Wales
Deering
Buckland
Teller
Nome
Iditarod Trail
Galena
Yukon R.
UAF
Fairbanks
North Pole
Chicken
Willow Ptarmigan
White Mountain
St. Lawrence Island
Denali
Healy
Emmonak
Tok
Mountain Village
Talkeetna
Wasilla
Palmer
Eagle River
Wrangell-St. Elias Nat. Park
McCarthy
Scammon Bay
Hooper Bay
Anchorage
Chugach
UAA
Kenai
Girdwood
Valdez
St. Matthew
Mekoryuk
Bethel
Seward
Whittier
Prince William Sound
Skagway
Haines
UAS
Iliamna
Cook Inlet
Homer
Kachemak
Yakutat
Platinum
Katmai
Glacier Bay Nat. Park
Juneau
Tracy Arm Fjord
St. Paul
Pilot Point
Kodiak
Hoonah
Sitka
Port Heiden
Chignik
Wrangell
Hyder
St. George
Cold Bay
Ketchikan
Unimak Island
Perryville
King Cove
"North to the future"
Totem Bight State Park
Attu Station
Adak
Atka
Makushin
Nikolski
©2024. FISH KISS, INC. ALL RIGHTS RESERVED.


ARIZONA
The Grand Canyon State
NAU
PHOENIX
ASU
SAGUARO
pippa x wet-it!


LAKE POWELL
ANTELOPE ISLAND
Cactus Wren
Glen Canyon Dam
Kayenta
HOT
Copper
Lake Mead
Hoover Dam
GRAND CANYON
Tusayan
WUPATKI
Painted Desert
The Kaibab Nat. Forest
Kingman
FLAGSTAFF
WINSLOW
HOLBROOK
Petrified Forest
SEDONA
COTTONWOOD
PRESCOTT NAT. FOREST
Grand Canyon State
Camelback Mtn.
TONTO NAT. FOREST
SHOW LOW
PINETOP-LAKESIDE
Geronimo
THEODORE ROOSEVELT LAKE
SAN CARLOS
SALT R.
SCOTTSDALE
PHOENIX
ASU
TEMPE
Mesa
FORT APACHE
New Cornelia Tailings Dam
Yuma
MARANA
ARIZONA
TUCSON
Arizona Tree Frog
Cabeza Prieta Nat. Wildlife Refuge
Kitt Peak
TOMBSTONE
Sierra Vista
ARIZONA
©Fish Kiss, 2022


Arkansas
The Natural State
ASU
6
UCA
LITTLE ROCK
ARKANSAS
pippa x wet-it!


The Natural State
Mockingbird
EUREKA SPRINGS
BENTONVILLE
ROGERS
SPRINGDALE
Fayetteville
HUNTSVILLE
PIVOT ROCK
BULL SHOALS
MOUNTAIN HOME
HARRISON
Flippin
HORSESHOE BEND
HARDY
Corning
POCAHONTAS
PARAGOULD
ASU
JONESBORO
BLYTHEVILLE
Jasper
MOUNTAIN VIEW
Cave City
BATESVILLE
6
Ozark National Forest
Clinton
FAIRFIELD BAY
NEWPORT
TRUMANN
OSCEOLA
SPINACH
Alma
FORT SMITH
Ozark
CLARKSVILLE
HEBER SPRINGS
PARIS
DOVER
UCA
Searcy
WYNNE
Booneville
CONWAY
ARKANSAS R.
OUACHITA NAT. FOREST
OLA
L.R.C.H.S.
FORREST CITY
WANTED BILL DOOLIN
Little Rock
MENA
MT. IDA
HOT SPRINGS
BENTON
Stuttgart
Malvern
Pine Bluff
DeWitt
GLENWOOD
ARKADELPHIA
De Queen
MURFREESBORO
Prescott
FORDyce
DUMAS
HOPE
Texarkana
Camden
WARREN
McGehee
NEWTON HOUSE
FOUKE
MAGNOLIA
EL DORADO
Crossett
LAKE VILLAGE
Arkansas
©fish kiss 2021


California
THE GOLDEN STATE
CALIFORNIA REPUBLIC
SACRAMENTO
pippa x wet-it!


©2024 FISH KISS, INC. ALL RIGHTS RESERVED
REDWOOD NATIONAL PARK
YREKA
Weed
Alturas
Shasta
REDDING
Eureka
California
Lake Tahoe
Mendocino
Sacramento
Sonoma
NAPA
YOSEMITE
SAN FRANCISCO
OAKLAND
S
San Jose
Golden State
FRESNO
SANTA CRUZ
Carmel
MT. WHITNEY
BIG SUR
BAKERSFIELD
Santa Barbara
PASADENA
DEATH VALLEY
UCLA
Malibu
HOLLYWOOD
USC
Santa Monica
LOS ANGELES
Joshua Tree
Long Beach
Palm Springs
NEWPORT BEACH
Laguna
Santa Catalina
CALIFORNIA REPUBLIC
San Diego
I love you, California
TIJUANA
BAJA


COLORADO
Centennial state
DENVER
CU
DU
300 days of sunshine
pippa x wet-it!


Colorado
dinosaur national monument
Steamboat Springs
LONGS PEAK
ROCKY MTN. NATIONAL PARK
CSU
Ft. Collins
LOVELAND
GREELEY
BRIGHTON
ERIE
Boulder
CU
Winter Park
mile high
DU
GRAND JUNCTION
ARVADA
DENVER
Aurora
Beaver Creek
Vail
Red Rocks
Glenwood Springs
BURLINGTON
Morrison
AIR FORCE
ASPEN
Breckenridge
Pike's Peak
Colorado Springs
CRESTED BUTTE
MONTROSE
WOLF CREEK
ROYAL GORGE
Ouray
TELLURIDE
PUEBLO
CHIRP! CHIRP!
Lamar
MESA VERDE
Durango
PAGOSA SPRINGS
Trinidad
Centennial State
oh purple mountain majesty


CONNECTICUT
THE CONSTITUTION STATE
WARNER
HARTFORD
CCSU
WESLEYAN
QU
YALE
UCONN
pippa x wet-it!


American Robin
1ST VACUUM
FIRST SPEED LIMIT
SPEED LIMIT 12
ENFIELD
NATHAN HALE
Salisbury
SHARON
Windsor Locks
HARTFORD COURANT
1ST NEWSPAPER
UCONN
PUTNAM
Killingly
WARNER
TORRINGTON
Mark Twain House
HARTFORD
Mansfield
KENT
IAIA
Lake Compounce
BRISTOL
CCSU
WESLEYAN
WINDHAM
PLAINFIELD
Washington
New Britain
Nutmeg
Constitution State
WADSWORTH FALLS STATE PARK
LEBANON
New Milford
NEW BRITAIN MUSEUM OF AMERICAN ART
Middletown
NORWICH
Montville
QU
COCKAPONSET STATE FOREST
Ledyard
NEWTOWN
1ST HAMBURGER
HAMDEN
DANBURY
1ST Helicopter
YALE
cotton gin
New Haven
Old Saybrook
NEW LONDON
GROTON
MYSTIC
WESTERLY
Waveny
Ridgefield
STRATFORD
BRIDGEPORT
THIMBLE ISLANDS
Westport
FAIRFIELD
New Canaan
NORWALK
DARIEN
STAMFORD
MARITIME AQUARIUM
Greenwich
TOD'S POINT
Connecticut


FLORIDA
The Sunshine State
FSU
UF
UM
30A
pippa x wet-it!


The Sunshine State
©2024 FISH KISS, INC ALL RIGHTS RESERVED
Florida
PENSACOLA
DESTIN
ORANGE BEACH
30A
Panama City Beach
PANAMA CITY
Tallahassee
FSU
Lake City
FERNANDINA BEACH
Jacksonville
St Augustine
GAINESVILLE
BIG BEND SEAGRASSES AQUATIC PRESERVE
Daytona Beach
Ocala
ORLANDO
Kissimmee
KENNEDY SPACE CENTER
Lakeland
MELBOURNE
CLEARWATER
TAMPA
ST. PETERSBURG
BRADENTON
Sarasota
LAKE PLACID
VERO BEACH
LAKE OKEECHOBEE
FORT MYERS
Sanibel
Captiva
PALM BEACH
Boca Raton
NAPLES
EVERGLADES
FORT LAUDERDALE
Marco Island
MIAMI
UM
Key West
Key Largo
Islamorada
ALLIGATOR REEF LIGHTHOUSE


DELAWARE
THE FIRST STATE
UD
DSU
*DOVER*
Dolles
pippa x wet-it!


Old Swedes
UD
Newark
Wilmington
Delaware Memorial BRIDGE
LUMS POND
New Castle
BEAR
Delaware River
HORSESHOE CRAB
Treetop ADVENTURE
MIDDLETOWN
Delaware
SMYRNA
DOVER
CAMDEN
Diamond State
MILFORD
Prime Hook
MILTON
Lewes
REHOBOTH BEACH
BRIDGEVILLE
Georgetown
FUNLAND
SEAFORD
LAUREL
Bethany Beach
Fenwick Island
Delmar
©2021 fish kiss


Georgia
G
ATLANTA
E
GSU
The Peach State
"Georgia on my mind"
pippa x wet-it!


Appalachian Trail
Georgia
The Peach State
Dalton
CHATTAHOOCHEE
HELEN
Woodstock
Lake Lanier
Gainesville
Rome
Alpharetta
UGA
Marietta
GT
Sandy Springs
Varsity
Athens
ATLANTA
Stone Mountain
Covington
Carrollton
GSU
Greensboro
Augusta
Griffin
Brown Thrasher
LaGrange
Thomaston
Macon
Pine Mountain
Hamilton
Warner Robins
Mmm Sweet Tea
Sylvania
Statesboro
Columbus
Fort Moore
Perry
Eastman
Vidalia
Savannah
Tybee Island
Americus
Plains
Spanish Moss
Fitzgerald
Baxley
Douglas
Alma
CHATTAHOOCHEE R.
Blakely
Albany
Tifton
Adel
Saint Simons Island
Colquitt
Camilla
Moultrie
Okefenokee Swamp
Thomasville
Valdosta
©2024 FISH KISS, INC. ALL RIGHTS RESERVED.
FLORIDA
Jekyll Island


Hawaii
HONOLULU
HANA
wet-it!
THE ALOHA STATE


NECKER ISLAND
NIHOA
Kauai
PRINCEVILLE
Kapaa
Na Pali Coast
LIHUE
Puuwai
KOLOA
Coffee
oaHU
MT. KA'ALA
PEARL HARBOR
Kailua
Diamond Head
HONOLULU
Waikiki
IOLANI PALACE
ALOHA State
MOLOKAI
HALAWA VALLEY
Kapalua
Lahaina
Maui
KAHULUI
Kihei
HANA
KaaNaPali
Lanai
Haleakala Crater
Kaho'olawe
Macadamia Nuts
HAWAII
BIG ISLAND
Hawi
Waimea
HONOKAA
Hawaii Tropical Botanical Garden
WAIKOLOA VILLAGE
Mauna Kea
HILO
Kailua-Kona
Hawaiian Goose
Captain Cook
VOLCANO
Pāhoa
Kilauea
Ocean View
Hawaiian Monk Seal
©Fish Kiss, 2016



IDAHO
THE GEM STATE
pippa x wet-it!
Famous Potatoes
BSU
YOTES
ISU
BYU




ELK MTN. FARMS
BONNERS FERRY
SANDPOINT
IDAHO
COEUR d'ALENE
The Cataldo Mission
Silver VALLEY
I
MOSCOW
LEWISTON
Beaver Canyon
Appaloosa
ELK RIVER
ELK City
RED RIVER HOT SPRINGS
Yummy famous POTATOES
Hells CANYON
7 Devils Peak
Sacagawea
SALMON
BRUNDAGE
YELLOW PINE
McCall
CUSTER
MT. BORAH
ISLAND PARK
DUBOIS
Cascade
20 CARATS!
Stanley
Heaven's Gate Lookout
BSU
MERIDIAN
IDAHO CITY
BOGUS BASIN
Boise
SUN VALLEY
KETCHUM
ARCO
BYU
REXBURG
RIGBY
IDAHO FALLS
YOTES
ANDERSON RANCH RES.
Snake River
MOUNTAIN HOME
ERNEST HEMINGWAY
CRATERS OF THE MOON
BLACKFOOT
JEROME
Pocatello
ISU
3 island crossing
Wickahoney
TWIN FALLS
BURLEY
Soda Springs
Perrine Bridge
SHOSHONE FALLS PARK
PRESTON
Bear Lake


ILLINOIS
THE PRAIRIE STATE
Land of Lincoln
NIU
ISU
SIU
66
pippa x wet-it!


ILLINOIS
Galena
Charles Mound
Freeport
Rockford
Spring Grove
Belvidere
Schaumburg
Evanston
Chicago
Willis Tower
NIU
Loyola
DePaul
Naperville
Joliet
Sterling
Tampico
Mississippi River
Illinois River
Ottawa
66
Kankakee
Kewanee
Galesburg
Monmouth
Knoxville
Peoria
Washington
ISU
Pekin
Bloomington
Nauvoo
Canton
Golden
F.I.C. Est. 1866
Lincoln
A.E. Staley
Champaign
Beardstown
Quincy
New Salem
Springfield
Decatur
Tuscola
Jacksonville
Chatham
Pittsfield
Taylorville
Mattoon
Paris
Robert Wadlow
Pana
Shelbyville
Charleston
Marshall
Jerseyville
Grafton
Alton
Vandalia
Effingham
Edwardsville
Carlyle Res.
Cahokia Mounds
Salem
Belleville
Centralia
Fairfield
Mt. Carmel
Cardinal
AH GAH GAH GAH GAH GAH!!!
Mt. Vernon
Chester
SIU
Benton
Carmi
Marion
Carbondale
Harrisburg
Shawnee National Forest
Metropolis
Land of Lincoln


Indiana
THE CROSSROADS OF AMERICA
INDIANAPOLIS
ND
ISU
pippa x wet-it!


©2024 FISH KISS, INC
ALL RIGHTS RESERVED
Whiting
Michigan City
INDIANA DUNES
ND
Granger
ELKHART
Angola
South Bend
Mishawaka
Gary
Valparaiso
Culver
Goshen
Ligonier
Auburn
Merrillville
Lake Maxinkuckee
PERFUME
1st Gas Pump
WARSAW
Fort Wayne
New Haven
Logansport
Peru
Wabash
Huntington
Decatur
PURDUE
Kokomo
Marion
Portland
Hoosier State
Lafayette
PALLADIUM
WABASH R.
WABASH
INDY 500
Muncie
B
Carmel
BUTLER
Basketball Hall of Fame
New Castle
Richmond
DEPAUW
INDIANAPOLIS
ISU
Greencastle
LOVE
Greenwood
Connersville
Terre Haute
Brazil
INDIANA
Greensburg
Nashville
Sullivan
Bloomington
Columbus
Linton
Brown County State Park
Seymour
Bedford
Madison
The Crossroads of America
Vincennes
Washington
Scottsburg
Salem
French Lick
Limestone
Mt. Carmel
Princeton
Welcome to Santa Claus Indiana
USI
Evansville
Santa Claus
Tell City
Indiana
Cardinal


IOWA
HAWKEYE STATE
UNI
ISTATE
DRAKE
★ DES MOINES ★
IOWA
pippa x wet-it!
IOWA
The Beautiful Land


The Beautiful Land
IOWA
IOWA
Hawkeye
Spirit Lake
Lake Okoboji
Arnolds Park
Rock Valley
Sheldon
Spencer
Emmetsburg
Forest City
Mason City
Osage
Cresco
Decorah
Cold Water Cave
Waukon
Harpers Ferry
Sioux Center
Orange City
Le Mars
Algona
Britt
Clear Lake
West Bend
New Hampton
Fayette
Oelwein
Effigy Mounds National Monument
If you build it...
Cherokee
Humboldt
Clarion
Hampton
UNI
Sioux City
Storm Lake
Fort Dodge
Iowa Falls
Cedar Falls
Independence
Strawberry Point
Dubuque
The Fenelon Place Elevator
Sergeant Bluff
Ida Grove
Sac City
Lake View
ISTATE
Corn
Cereal
Waterloo
Monticello
Sabula
Missouri R.
Onawa
Denison
Carroll
Boone
Ames
Marshalltown
Grinnell
Cedar Rapids
Eskimo Pie
Elk Horn
DRAKE
Des Moines
IOWA
Iowa City
Davenport
Iowa 80
Wild Prairie Rose
Holliwell
West Des Moines
Pella
Kalona
Muscatine
Atlantic
Bridges of Madison County
Oskaloosa
Sigourney
Mississippi R.
Soybeans
Creston
Osceola
Ottumwa
Mt. Pleasant
RAGBRAI
Lenox
Shenandoah
Mt. Ayr
Leon
Corydon
Centerville
Bloomfield
Snake Alley
Burlington
Lamoni
Fort Madison
Keokuk
©2024. FISH KISS, INC. ALL RIGHTS RESERVED.


Kansas
Amelia E.
KSU
TOPEKA
KU
WSU
KANSAS
THE SUNFLOWER STATE
pippa x wet-it!


Kansas
Sunflower State
KANSAS
Amelia Earheart
ATCHISON
MISSOURI R.
MONUMENT ROCKS
COLBY
GOODLAND
GOVE COUNTY
FT. HAYS
Cottonwood
KSU
MANHATTAN
FT. RILEY
Kansas City
Mmm BBQ!
Hays
Cheyenne Bottoms
DWIGHT D. EISENHOWER
Salina
ABILENE
Junction City
TOPEKA
PERRY LAKE
OVERLAND PARK
LAWRENCE
KU
EMPORIA
GREAT BEND
GREAT WESTERN HOTEL
BOOT HILL ENTRANCE
GARDEN CITY
Windiest City
HUTCHINSON
EL DORADO
DODGE CITY
WSU
Wichita
PSU
PITTSBURG
DERBY
Wheat
LIBERAL
66
GALENA
TO THE Stars through difficulties
©2024 FISH KISS, INC. ALL RIGHTS RESERVED.


Kentucky
FRANKFORT
UK
My Old Kentucky Home
Bluegrass State


Kentucky Derby
CHURCHILL DOWNS
COVINGTON
FLORENCE Y'ALL
Maysville
ASHLAND
GRAYSON
MOREHEAD
Louisville
UofL
FRANKFORT
GEORGETOWN
Lexington
UK
MEGA CAVERN
Ft. Knox
Abe Lincoln
Nicholasville
Radcliff
BARDSTOWN
ELIZABETHTOWN
STATE
Hodgenville
Richmond
FORT BOONESBOROUGH
Paintsville
Bluegrass State
GoldenRod
OWENSBORO
HAPPY MOTHER'S DAY
HENDERSON
Madisonville
LEITCHFIELD
Danville
JACKSON
PRESTONSBURG
Pikeville
Campbellsville
MAMMOTH CAVE NATIONAL PARK
Central City
GREENVILLE
PADUCAH
Eddyville
GRAND RIVERS
1985
Cave city
Columbia
Somerset
DANIEL BOONE NAT. FOREST
MANCHESTER
Hyden
Hazard
CORBIN
HARLAN
MIDDLESBORO
Bowling Green
GLASGOW
Benton
Mayfield
MURRAY
Hopkinsville
Monticello
Williamsburg
©2025. FISH KISS, INC. ALL RIGHTS RESERVED.
Kentucky


LOUISIANA
The Pelican State
pippa x wet-it!
ULL
LSU
BATON ROUGE
TULANE


Springhill
Minden
SHREVEPORT
BARKSDALE AFB
MANSFIELD
Bass Fishing
Ruston
Jonesboro
MONROE
Bastrop
Oak Grove
Lake Providence
Pioneer
Rayville
Tallulah
Winnsboro
Frogmore
Coushatta
Winnfield
NATCHITOCHES
Jena
Ferriday
Union, Justice, & Confidence
MANY
Colfax
Kisatchie Nat. Forest
ALEXANDRIA
TOLEDO BEND RES.
Dixie Land
Leesville
FORT POLK
MARKSVILLE
Pelican Land
DeRidder
Oakdale
Kentwood
Bogalusa
Gumbo
Opelousas
LSU
BATON ROUGE
HAMMOND
Mandeville
Slidell
Rayne
Lake Charles
Jennings
LAFAYETTE
Breaux Bridge
Prairieville
Gonzales
ULL
Abbeville
Avery Island
New Orleans
Jean Lafitte
Beignet
Morgan City
Oak Alley
HOUMA
Empire
Buras-Triumph
Grand Isle
Port Eads
Louisiana
oysters


MAINE
THE PINE TREE STATE
AUGUSTA
pippa x wet-it!


Maine
Pine Tree State
©2021, fish kiss
Allagash
WINTERVILLE
CARIBOU
PORTAGE LAKE
FORT FAIRFIELD
PRESQUE ISLE
Chickadee
Maine Coon Cat
BAXTER STATE PARK
MT. CHASE
HOULTON
MT. KATAHDIN
ISLAND FALLS
Linneus
Millinocket
DANFORTH
Jackman
MEDWAY
WEST FORKS
Lincoln
LEE
THE FORKS
GRAND LAKE STREAM
EUSTIS
DOVER-FOXCROFT
Carrabassett Valley
BAILEYVILLE
OLD TOWN
ORONO
EASTPORT
RANGELEY
SUGARLOAF
PALMYRA
BANGOR
LUBEC
SKOWHEGAN
MACHIAS
Wilton
FARMINGTON
Cherryfield
JONESBORO
Cutler
RUMFORD
WATERVILLE
ELLSWORTH
NEWRY
Bethel
PENOBSCOT
BELFAST
BAR HARBOR
Mt. Desert
ACADIA NATIONAL PARK
WHITE MOUNTAIN NATIONAL FOREST
AUGUSTA
TOGUS
GRINDLE POINT LIGHTHOUSE
FT. POINT LIGHTHOUSE
SOUTHWEST HARBOR
BATES
COLBY
ROCKLAND
LEWISTON
Henry Wadsworth Longfellow
BRUNSWICK
Bath
FREEPORT
POPHAM BEACH
ANDRE the SEAL
PORTLAND
Maine Lobster
UNE
USM
Marginal Way
YORK



Maryland
THE OLD LINE STATE
ANNAPOLIS
WASHINGTON D.C.
pippa x wet-it!




Baltimore Oriole
Old Line State
©fish kiss,2021
Mason-Dixon Line
Accident
McHenry
Savage River State Forest
Cumberland
Flintstone
Green Ridge State Forest
Oakland
Hagerstown
Williamsport
Westminster
Hampstead
Preakness
Churchville
Susquehanna
Bel Air
Aberdeen
Elkton
Frederick
Babe Ruth
Towson
Johns Hopkins
Middle River
Old Ellicott City
Baltimore
Catonsville
Inner Harbor
The Star-Spangled Banner
Gaithersburg
Severna Park
Rockville
Bethesda
Bowie
Annapolis
Kent Island
Washington D.C.
Denton
MARYLAND
jousting
Eastern Bay
St. Michaels
Easton
Federalsburg
Chesapeake Beach
Prince Frederick
La Plata
Cambridge
Blackwater Nat. Wildlife Refuge
Pemberton Historical Park
Salisbury
Ocean Pines
Fruitland
Berlin
Ocean City
California
Lexington Park
St. Marys City
Chesapeake Bay
Nanticoke
Deal Island
Princess Anne
Snow Hill
Tangier Sound
Crisfield
Assateague Island Nat. Seashore
Chincoteague Island


Massachusetts
BEANS
AMHERST
UMASS
ENTERING SALEM
BOSTON
Toll House
1620
THE BAY STATE
pippa x wet-it!


Baked Bean State
Mayflowers
NEWBURYPORT
ROCKPORT
WILLIAMSTOWN
Hancock Shaker Village
NORTH ADAMS
ADAMS
GREENFIELD
DEERFIELD
Boston Cream Pie
Lowell
CONCORD
Lexington
Lawrence
Salem
TUFTS
CAMBRIDGE
MIT
BOSTON
BC BU
Pittsfield
LENOX
Stockbridge
Boston Terrier
AMHERST
Quabbin Reservoir
NORTHAMPTON
HOLYOKE
SPRINGFIELD
Worcester
AUBURN
BROOKLINE
QUINCY
Boston Tea Party
Norman Rockwell
Johnny Appleseed
John Adams
1st chocolate chip cookie
OLD STURBRIDGE VILLAGE
NORFOLK
FOXBOROUGH
WHITMAN
BROCKTON
PLYMOUTH
Provincetown
Massachusetts
Cape Cod
DENNIS
BREWSTER
CHATHAM
Mashpee
CRANBERRIES
Falmouth
Nantucket Sound
Buzzards Bay
VINEYARD SOUND
OAK BLUFFS
Nantucket
MARTHA'S VINEYARD
©2023 FISH KISS, INC. ALL RIGHTS RESERVED


Michigan
UP NORTH
The U.P.
The Mitten
pippa x wet-it!


Michigan
Great Lakes State
Isle Royale Nat. Park
Copper Harbor
Mount Bohemia
Houghton
Yoopers
Cranberries
Porcupine Mtns.
Bessemer
Ironwood
Ottawa National Forest
Watersmeet
Marquette
Munising
Hiawatha National Forest
Paradise
The Grand Hotel
Pasty-Yum!
Gwinn
Ski Brule
Crystal Falls
Rapid River
Escanaba
Norway
Manistique
Mackinac Island
Bois Blanc Island
Beaver Island
Mackinaw City
Petoskey
Charlevoix
Robin
"The U.P."
N. Manitou Island
Northport
S. Manitou Island
Boyne
Otsego
Alpena
Menominee
Lake Michigan
Glen Arbor
Sleeping Bear Dunes
Traverse City
Frankfort
Huron National Forest
Ludington
Manistee National Forest
Houghton Lake
Petoskey Stones
Saginaw Bay
Coney
Silver Lake
Mt. Pleasant
Harbor Beach
Lake Huron
Midland
Bay City
Saginaw
Caro
Montague
White Lake
Grand Haven
Elsie
Flint
Lexington
Grand Rapids
Holland
Lansing
"The Mitten"
Tulip Festival
Cereal
Novi
Troy
Detroit
Lake St. Clair
Battle Creek
Ann Arbor
Saugatuck
South Haven
Kalamazoo
Jackson
Dearborn
Motown
Henry Ford
©2016 Fish Kiss, Inc. All Rights Reserved.


Minnesota
Uff da!
Let it snow!
Gopher State
LAND of 10,000 Lakes
ST. PAUL
North Star State
pippa x wet-it!


Minnesota
©2024 FISH KISS, INC. ALL RIGHTS RESERVED.
ROSEAU
Warroad
Thief River Falls
INT. FALLS
Kabetogama
Pine Island STATE FOREST
BUYCK
RED LAKES
Lake Vermilion
SUPERIOR NATIONAL FOREST
Boundary Waters Canoe Area
Grand Marais
LUTSEN
BEMIDJI
Mahnomen
LEECH
GRAND RAPIDS
North Star State
Judy Garland
A LOT OF SNOW!!
DULUTH
Common Loon
Brainerd
ALEXANDRIA
LAND OF 10,000 LAKES
1st Pop-Up TOASTER
St. Cloud
Twin Cities
WILLMAR
Minneapolis
St. Paul
MINNETONKA
Bloomington
MARSHALL
Tracy
Little House
Walnut Grove
MANKATO
ROCHESTER
Winona
MAYO CLINIC
WASECA
Honeycrisp


Mississippi
MISSISSIPPI RIVER
JSU
JACKSON
USM
CROSSROADS
The Magnolia State
pippa x wet-it!


Mockingbird
MISSISSIPPI
Olive Branch
Corinth
Iuka
Tunica
Booneville
New Albany
Batesville
Oxford
Tupelo
Fulton
Clarksdale
Pontotoc
Water Valley
1st Transplant
Amory
Merigold
Cleveland
Grenada
Natchez Trace Pkwy
Eupora
West Point
Columbus
Indianola
Greenwood
Winona
Greenville
Starkville
Belzoni
Catfish
4-H
Friendship Cemetery
Yazoo City
Kosciusko
Louisville
Birthplace of the Blues
Mississippi Delta
Vicksburg National Military Park
Philadelphia
Scooba
"The Flying Keys"
Vicksburg
Ridgeland
Edwards
Jackson
Morton
Newton
Meridian
Old Man R.
JSU
Mississippi Mud Pie
Quitman
Port Gibson
Crystal Springs
Hazlehurst
Magee
Fayette
Collins
Laurel
Natchez
Brookhaven
Waynesboro
Longwood
Homochitto Nat Forest
USM
Petal
Hattiesburg
McComb
Columbia
De Soto Nat Forest
Lucedale
Picayune
Magnolia State
Gulfport
Biloxi
Pascagoula


Missouri
JEFFERSON CITY
SLU
UMSL
MSU
COFO
Show Me State
pippa x wet-it!


©2024. FISH KISS, INC. ALL RIGHTS RESERVED.
Soybeans
UNIONVILLE
Memphis
Maryville
Bethany
1st Pancake
Home of Sliced Bread
Kirksville
La Plata
Tom Sawyer
St. Joseph
Chillicothe
Hannibal
Mark Twain
Cave Hollow Park
Moberly
Rock Bridge Memorial State Park
MU
Bowling Green
Kansas City
BBQ
Missouri R.
Mississippi R.
Columbia
The Gateway to the West
Lee's Summit
Warrensburg
Sedalia
St Charles
St. Louis
SLU
WashU
UMSL
Town of Large Canoes
Jefferson City
Cave Restaurant
1904 World's Fair
Bluebird
Lake of the Ozarks
Osage Beach
Ha Ha Tonka
Nevada
Lamar
Richland
Lebanon
Farmington
Taum Sauk
Grand Falls
Mark Twain National Forest
Ft. Leonard Wood
Missouri Fox Trotter
Cape Girardeau
MSU
Springfield
SEMO
Joplin
MSSU
COFO
Branson
West Plains
Poplar Bluff
Charleston
Sikeston
Kennett
Show Me State
Missouri


Montana
MONTANA
Lolo National Forest
UM
HELENA
BRIDGER BOWL
MSU
Let's Go Fishing!
YELLOWSTONE NATIONAL PARK
TREASURE State
24K
pippa x wet-it!


CANADA
GLACIER NAT. PARK
St. Mary
SHELBY
HAVRE
Chinook
MALTA
OUTLOOK
Plentywood
Whitefish
Kalispell
BIGFORK
FLATHEAD LAKE
Choteau
Agency
Glasgow
Wolf Point
FORT PECK LAKE
POPLAR
Fairview
SIDNEY
POLSON
GREAT FALLS
Circle
SEELEY LAKE
LEWISTOWN
GLENDIVE
UM
MISSOULA
YELLOWSTONE RIVER
Wibaux
ROUNDUP
TERRY
LOLO National Forest
LOLO
DEER LODGE
Helena
WHITE SULPHUR SPRINGS
MILES CITY
Baker
The Treasure State
Hamilton
Anaconda
MSU
BRIDGER BOWL
Billings
Forsyth
BUTTE
MONTANA STATE
HARDIN
Bozeman
ASHLAND
LIVINGSTON
LAUREL
Crow Agency
RED LODGE
LITTLE BIGHORN BATTLEFIELD
Broadus
BIG SKY
Yellowstone
Let's Go fishing
MONTANA
MONTANA
©2024. FISH KISS, INC. ALL RIGHTS RESERVED.


Nebraska
Cornhusker State
Fort Niobrara
Pioneer Village
Minden
Lincoln
Hastings
Bellevue
N
C
pippa x wet-it!


NeBRaska
Cornhusker State
Crow Butte
Chadron
Valentine
Niobrara R.
Carhenge
Sand Hills
Standing Bear
Niobrara
Reuben Sandwich
O'Neill
Runzas
Norfolk
Alliance
Chimney Rock
Scottsbluff
Western Meadowlark
Bayard
Lake McConaughy
Golden Spike Tower
Stuhr Museum
Columbus
Fremont
Omaha
Sidney
Ogallala
North Platte
Broken Bow
Pony Express
U.S. Army
Grand Island
Platte River
Prague
Papillion
Bellevue
Gothenburg
Cozad
Kearney
York
Lincoln
Heartland Museum
Lexington
Hastings
N
Nebraska City
Holdrege
Goldenrod
McCook
Hebron
Largest Porch Swing
Beatrice
GO BIG RED!
Arbor Day
©2024. FISH KISS, INC. ALL RIGHTS RESERVED


NEVADA
THE SILVER STATE
RENO
COMSTOCK
LODE
CARSON CITY
AREA 51
WELCOME
LAS VEGAS
NEVADA
UNLV
CSN
pippa x wet-it!


©2024 FISH KISS, INC. ALL RIGHTS RESERVED.
SHELDON NATIONAL ANTELOPE REFUGE
CORDERO
PLATORA
PARADISE VALLEY
Bristlecone Pine
JARBIDGE
Charleston
CONTACT
TUSCARORA
RUBY MTNS
BLACK ROCK DESERT
WINNEMUCCA
ELKO
WEST WENDOVER
Sagebrush
IMLAY
Battle MOUNTAIN
CARLIN
LAMOILLE
RUBY VALLEY
CURRIE
PYRAMID LAKE
LOVELOCK
CHERRY CREEK
DIXIE VALLEY
MT. AUGUSTA
RENO
MT. DAVIDSON
EUREKA
LAKE TAHOE
CARSON CITY
COMSTOCK LODE
FT. CHURCHILL
HAMILTON
SHERMANTOWN
ELY
DUCKWATER
BAKER
MAJORS PLACE
HUMBOLDT-TOIYABE NATIONAL FOREST
GREAT BASIN NATIONAL PARK
HAWTHORNE
MINA
ATLANTA
BOUNDARY PEAK
COALDALE
TONOPAH
WARM SPRINGS
PIOCHE
GOLDFIELD
CALIENTE
AREA 51
BLACK FIRE OPAL
DEATH VALLEY
AMARGOSA VALLEY
ANGEL CITY
LAS VEGAS
MESQUITE
MOAPA VALLEY
VALLEY OF FIRE
FIRST HARD HAT
LAS VEGAS
PARADISE
UNLV
CSN
LAKE MEAD
HENDERSON
HOOVER DAM
NEVADA
All for Our Country


New Hampshire
LIVE FREE OR DIE
GRANITE STATE
WOLFEBORO the Oldest Summer Resort in America
CONCORD
SNHU
pippa x wet-it!


Live Free or Die
New Hampshire
Granite State
Pittsburg
Canaan
Maple Syrup
Colebrook
Columbia
Errol
Nash Stream Forest
Northumberland
Milan
Lancaster
Berlin
Jefferson
Gorham
Littleton
Carroll
Mt. Washington
Lisbon
Franconia
Old Man of the Mountain
White Mountains
Bartlett
Haverhill
Lincoln
Woodstock
Conway
Tamworth
Rumney
Freedom
Plymouth
Lake Winnipesaukee
Hanover
Ossipee
Meredith
Lebanon
Laconia
Wolfeboro the Oldest Summer Resort in America
Cornish-Windsor Bridge
Tilton
New London
Newport
Newbury
Rochester
Somersworth
Concord
Dover
Alan B. Shepard
Hillsborough
SNHU
Hooksett
UNH
Portsmouth
Manchester
Strawberry Banke
Hampton
Chesterfield
Keene
Peterborough
Amherst
Hinsdale
Rindge
Nashua
Salem


NEW JERSEY
The Garden State
DINER
TRENTON
Lincoln
Holland
pippa x wet-it!


New Jersey
Montague
DELAWARE WATER GAP
VERNON
Oakland
WYCKOFF
RIDGEWOOD
LINCOLN
HOBOKEN
HOLLAND
Hackettstown
Montclair
Jersey City
NEWARK
STATEN ISLAND
FLEMINGTON
EDISON
PRINCETON
TRENTON
Long Branch
ASBURY PARK
Ocean Grove
PT. Pleasant Beach
Jackson
Toms River
Seaside Heights
Camden
VOORHEES
MT. LAUREL
Lacey
Veggies! made in NJ
WHARTON STATE FOREST
STAFFORD
Long Beach Island
LITTLE EGG HARBOR
PINE BARRENS
BUENA
Galloway
Absecon
Beach Haven
Bridgeton
Vineland
MILLVILLE
EGG HARBOR
ATLANTIC CITY
Maurice River
Ocean City
Stone Harbor
Wildwood
The Garden State
©2024 FISH KISS INC. ALL RIGHTS RESERVED



NEW MEXICO
UNM
SANTA FE
PETROGLYPH NATIONAL MONUMENT
ENMU
Land of Enchantment
SMOKEY BEAR
CAPITAN
NMState
pippa x wet-it!




Land of Enchantment
Taos Pueblo
RATON
FARMINGTON
Navajo Taco
CARSON NATIONAL FOREST
Taos
CAPULIN
BANDERA ICE CAVE
Santo Domingo
Palace of the GOVERNORS
SANTA FE
Gallup
Las Vegas
UNM
TUCUMCARI
ALBUQUERQUE
SANTA ROSA
Blue Hole
EL MALPAIS
CAUTION
RADIOACTIVE MATERIALS
Los Lunas
TRINITY SITE
Yucca
turquoise
CLOVIS
PORTALES
ENMU
CIBOLA NATIONAL FOREST
White Sands
Billy the Kid
TRUTH OR CONSEQUENCES
RUIDOSO
frijoles
ROSWELL
Alamogordo
ARTESIA
Silver City
HATCH
HOBBS
NMState
Smokey
Carlsbad
LORDSBURG
DEMING
Las Cruces
CAVERNS
NEW MEXICO
FISH KISS, INC. ALL RIGHTS RESERVED


NEW YORK
THE EMPIRE STATE
ALBANY
NYU
pippa x wet-it!


THOUSAND ISLANDS
CANADA
Lake Ontario
Niagara Falls
ROCHESTER
FRANK LLOYD WRIGHT
BUFFALO
West Seneca
Lake Erie
CHAUTAUQUA
I ♥ Lucy
JAMESTOWN
Houghton
ALLEGHANY STATE PARK
NEWARK
AUBURN
FINGER LAKES
Ithaca
SYRACUSE
Binghamton
Watertown
FIVE PONDS
Rome
Utica
Cooperstown
CATSKILL MOUNTAINS
DEBAR MOUNTAIN
ADIRONDACK MOUNTAINS
Plattsburgh
Mirror lake
LAKE PLACID
HIGH PEAKS
INDIAN LAKE
Speculator
FERRIS LAKE
LAKE GEORGE
Saratoga Springs
SCHENECTADY
ALBANY
HUDSON RIVER
KINGSTON
Poughkeepsie
WESTPOINT
VERMONT
CONNECTICUT
The Empire State
BEEP! BEEP!
NEW YORK CITY
BRONX
QUEENS
BROOKLYN
STATEN ISLAND
I love New York
MONTAUK POINT
The Hamptons
LONG ISLAND
NEW YORK
©2021 fish kiss


NORTH CAROLINA
TAR HEEL STATE
First in Flight
WCU
DUKE
ECU
pippa x wet-it!


Blue Ridge Mountains
BBQ Sauce
©2024 FISH KISS, INC.
ALL RIGHTS RESERVED
Sweet Potato
Great Smoky Mountains
BLUE RIDGE MOUNTAINS
GRANDFATHER MTN.
MT. MITCHELL
Boone
Blowing Rock
Lenoir
Wilkesboro
MT. AIRY
WINSTON-SALEM
Greensboro
High Point
Furniture Capital
ELON
Burlington
DUKE
DURHAM
UNC
CHAPEL HILL
RALEIGH
APEX
NC STATE
Roanoke Rapids
Murfreesboro
Ahoskie
Collard Greens
Rocky Mount
Tarboro
Elizabeth City
Edenton
Roanoke Island
The Lost Colony
Corolla
Kitty Hawk
Kill Devil Hills
Nags Head
Jockey's Ridge
Outer Banks
Plymouth
Washington
Greenville
ECU
Wilson
Goldsboro
Kinston
Swanquarter
Avon
Buxton
Hatteras
Ocracoke
Cedar Island
New Bern
Morehead City
Swansboro
Emerald Isle
Cape Lookout
Jacksonville
Croatan Nat. Forest
Wallace
Clinton
White Lake
Elizabethtown
Hope Mills
Fayetteville
U.S. Army
First Miniature Golf Course
Pinehurst
Southern Pines
Asheboro
Carrboro
Uwharrie Nat. Forest
Salisbury
Statesville
Hickory
Mooresville
Lake Norman
Concord
Charlotte
McAdenville
Carowinds
Rockingham
Laurinburg
Lumberton
Whiteville
Venus Fly Trap
Hampstead
Surf City
Wilmington
Wrightsville Beach
Southport
Asheville
Lake Lure
Hendersonville
Blue Ridge Pkwy
Cherokee
Nantahala
Sylva
Cullowhee
WCU
Murphy
North Carolina


NORTH DAKOTA
THE PEACE GARDEN STATE
THEODORE ROOSEVELT
MEDORA
BISMARCK
UND
NDSU
FARGO
DAIRY
pippa x wet-it!


INTERNATIONAL Peace Garden
Peace Garden State
Lake Metigoshe
Portal
Kenmare
Bottineau
Pembina
Knoephla
Tioga
Minot AFB
Stanley
Rugby
Grafton
Minot
Williston
Fort Union
Devils Lake
Velva
New Town
Fairview
Watford City
Lake Sakakawea
Harvey
Knife River Indian Village
Wheat
Grand Forks
UND
Dicken's Festival
Garrison
Rough Rider State
Theodore Roosevelt National Park
Missouri R.
Sacagawea
Carrington
Maah Daah Hey Trail
Hazen
Washburn
Beulah
Valley City
NDSU
Badlands
Medora
Dickinson
New Salem
Bismarck
Steele
Jamestown
Fargo
Belfield
94
Mandan
Cannon Ball
Enchanted Highway
29
Bowman
Hettinger
Standing Rock Reservation
Strasburg
Rutland
©2024. FISH KISS, INC. ALL RIGHTS RESERVED.
North Dakota
Western Meadowlark


Ohio
BGSU
K
O
COLUMBUS
M
C
OHIO
pippa x wet-it!
First in Flight
The Buckeye State


Ohio
Lake Erie
Rock & Roll Hall of Fame
Middle Bass
N. Bass
PUT-IN-Bay
Kelleys Island
Marblehead
Catawba
Toledo
Glass City
Cedar Point
Sandusky
Cleveland
Defiance
Bowling Green
BGSU
Maumee River
Cuyahoga
Jesse Owens
Kent
Findlay
Akron
K
Youngstown
A
Football Hall of Fame
Ashland
Amish Country
1st Gas Station
Lima
Mansfield
Canton
Marion
Wapakoneta
Neil Armstrong
Millersburg
New Philadelphia
Chewing Gum
Mt. Vernon
1st Hot Dog
Ohio River
Sidney
Dublin
Westerville
Worthington
Dresden
Greenville
Cambridge
Wright Patterson Air Force Base
O
Columbus
Zanesville
Dayton
Kings Island
Grove City
Lancaster
Sternwheel Festival
Beavercreek
Oxford
Lebanon
Logan
Hocking Hills
Marietta
Mason
Chillicothe
Athens
OHIO
Montgomery
The Banks
Cincinnati
1st Fire Department
Graeters
Jackson
Rio Grande
Portsmouth
Gallipolis
Cardinal
The Buckeye State
©2024 FISH KISS, INC. ALL RIGHTS RESERVED


Oklahoma
PIONEER WOMAN
OKLAHOMA
US
66
OSU
TU
WANTED
OKLAHOMA
OKLAHOMA
OU
Sooner State
pippa x wet-it!


Black Mesa
Scissor-Tailed Flycatcher
Will Rogers
KENTON
GUYMON
WOODWARD
ENID
chicken fried steak
PONCA CITY
BARTLESVILLE
CLAREMORE
Grand Lake
OSU
1st Yield Sign
TULSA
Catoosa
BROKEN ARROW
Lake Hudson
National Cowboy & Western Heritage Museum
Stillwater
EDMOND
ARCADIA
1st electric guitar
Muskogee
Land Run of 1889
OKLAHOMA CITY
1st Parking Meter
WANTED HENRY STARR
GO SOONERS!
MOORE
OU
NORMAN
Canadian River
Eufaula Lake
Wichita Mountains
MEERS
MT. SCOTT
Arbuckle Mountains
ADA
ALTUS
LAWTON
Kiamichi Mtns
Ouachita Mtn
U.S. ARMY
FT. SILL
Turner Falls
Redbud Tree
Lake Texoma
ARDMORE
DURANT
Common Collared Lizard
©Fish kiss, 2021
OKLAHOMA
OKLAHOMA
Sooner State
BISON


Oregon
STATE OF OREGON
1859
SALEM
OSU
THE BEAVER STATE
pippa x wet-it!


Oregon
STATE OF OREGON
1859
Beaver State
Astoria
Haystack Rock
Tillamook Bay
Hillsboro
Portland
Tillamook
Beaverton
Multnomah Falls
Columbia River
Pendleton
Snake River
La Grande
Mt. Hood
Mt. Hood National Forest
Cascades
Salem
Lincoln City
Depoe Bay
OSU
Newport
Corvallis
Hot Springs
Baker City
Umatilla National Forest
Hells Canyon
Sisters
Redmond
Smith Rock
Florence
Eugene
Springfield
Oregon Dunes
Willamette National Forest
Bend
Brothers
Malheur National Forest
Ontario
Oregon Trail
Mt. Bachelor
Burns
Willamette Bike Trail
Pacific Ocean
Coos Bay
Bandon
Roseburg
Umpqua National Forest
Crater Lake
We ♥ our
Steens Mtns.
Rogue River
Gold Beach
Rogue River Siskiyou National Forest
Medford
Klamath Falls
Brookings
Ashland
Shakespeare festival
Western Meadowlark


Pennsylvania
KEYSTONE
STATE
HARRISBURG
pippa x wet-it!


PENNSYLVANIA
Presque Isle
ERIE
Edinboro
WARREN
BRADFORD
COUDERSPORT
MANSFIELD
WELLSBORO
Meadville
ALLEGHENY NAT. FOREST
TIOGA STATE FOREST
St. Marys
ELK STATE FOREST
SCRANTON
HERMITAGE
CLARION
SPROUL STATE FOREST
Montoursville
Wilkes-Barre
GROVE CITY
BROOKVILLE
WILLIAMSPORT
New Castle
Lock Haven
PHIL
Punxsutawney
CLEARFIELD
LEWISBURG
SUNBURY
STATE COLLEGE
EASTON
BETHLEHEM
ALLENTOWN
Philly Cheesesteak
Steel
PITTSBURGH
INDIANA
ALTOONA
Huntingdon
MONROEVILLE
JOHNSTOWN
HOLLIDAYSBURG
LEBANON
HARRISBURG
READING
KING OF PRUSSIA
West Mifflin
GREENSBURG
CARLISLE
Hershey
Valley Forge
Delaware R.
POTATO CHIPS
BRYN MAWR
PENN
Seven Springs
CHAMBERSBURG
Lancaster
PHILADELPHIA
Gettysburg
YORK
HANOVER
Independence Hall
Amish Country
©Fish kiss, 2021
Liberty Bell
Mountain Laurel
1776
Keystone State


RHODE ISLAND
THE OCEAN STATE
RISD
BROWN
PROVIDENCE
URI
FORT ADAMS
pippa x wet-it!


©2024. FISH KISS, INC. ALL RIGHTS RESERVED.
Woonsocket
Cumberlandite
Nasonville
Burrillville
Cumberland
Old Slater Mill
Chepachet
Smithfield
Glocester
Pawtucket
Hope
Greenville
Federal Hill
Foster
"You're a Grand Old Flag"
Providence
Johnston
Cranston
Brown
Seekonk
Scituate
RISD
Fresh Fruit
Coffee Milk
Lippitt
Hillsgrove
Warren
West Warwick
Warwick
Coventry
Apponaug
Bristol
Sweet Corn
Chowder
Potowomut
East Greenwich
West Greenwich
Prudence Island
Tiverton
Wickford
Portsmouth
Exeter
Ocean State
North Kingstown
Donuts
URI
Middletown
Cliff Walk
The Breakers
America's Cup
Richmond
Newport
Beavertail
Hopkinton
Narragansett
South Kingstown
Flying Horses
Galilee
Charlestown
Westerly
Matunuck
Weekapaug
Misquamicut Beach
Watch Hill
Rhode Island
oysters
Block Island
Hope
New Shoreham
Quahog


South Carolina
USC
COLUMBIA
The Palmetto State


Carolina Wren
Palmetto State
SOUTH CAROLINA
Upper Whitewater Falls
GREER
Gaffney
FALLS PARK ON REEDY
Spartanburg
ROCK HILL
MT. SASSAFRAS
GREENVILLE
Seneca
Clemson
TIGERS
ANDERSON
Boiled Peanuts
Blue Catfish
Lake Wateree
HARTSVILLE
DILLON
DARLINGTON
FLORENCE
Saluda R.
Newberry
USC
Camden
Greenwood
Lake Greenwood
Lake Murray
COLUMBIA
Savannah River
NINETY SIX
Lexington
Sumter
Conway
NORTH MYRTLE Beach
JOHNSTON
MANNING
Kingstree
MYRTLE Beach
Surfside Beach
AIKEN
Augusta
Lake Marion
ORANGEBURG
Santee
Murrells Inlet
Broadway at the Beach
BARNWELL
Frogmore Stew
Sweetgrass
GEORGETOWN
St. George
Lake Moultrie
Angel Oak Tree
WALTERBORO
HAMPTON
Charleston
MAGNOLIA PLANTATION GARDENS
Kiawah ISLAND
USS YORKTOWN
FT. SUMTER
Beaufort
PORT ROYAL
Hilton Head ISLAND


SOUTH DAKOTA
WEST RIVER
EAST RIVER
PIERRE
STURGIS
SD
THE MOUNT RUSHMORE STATE
pippa x wet-it!


South Dakota
SOUTH DAKOTA THE MOUNT RUSHMORE STATE
LEMMON
West River
east River
STANDING ROCK RESERVATION
MOBRIDGE
MISSOURI RIVER
ABERDEEN
LAKE TRAVERSE RESERVATION
Geographic Center of the U.S.A.
FAITH
CHEYENNE RIVER RESERVATION
The Flaming Fountain
Anne Hathaway Cottage
Clark
Watertown
SDSU
Belle Fourche
Spearfish
Sturgis
ELLSWORTH
Coyote State
SILENT GUIDE
PIERRE
HURON
BROOKINGS
Pasque Flower
WILD BILL HICKOK
DEADWOOD
Jewel Cave
Black Hills
RAPID CITY
Wall
WALL DRUG STORE
WESSINGTON SPRINGS
CRAZY HORSE
MT. RUSHMORE
BADLANDS
Kadoka
MURDO
CHAMBERLAIN
Mitchell
FALLS PARK
Sioux falls
CHIRP! CHIRP!
ROSEBUD INDIAN RESERVATION
WINNER
Chislic
PINE RIDGE RESERVATION
YANKTON RESERVATION
SD
Yankton
VERMILLION
©2024. FISH KISS, INC. ALL RIGHTS RESERVED.


Tennessee
NASHVILLE
THE PEABODY
The Volunteer State


Grand Ole Opry
Clarksville
Nashville
Union City
Reelfoot Lake
Paris
Dyersburg
Milan
Dickson
Brentwood
Franklin
Cookeville
Oak Ridge
Knoxville
Morristown
Kingsport
Bristol
Tri-cities
Cherokee National Forest
Johnson City
Crossville
Cumberland Caverns
Cumberland Mtn.
Tennessee R.
Maryville
Sevierville
Pigeon Forge
Dollywood
Mt. Le Conte
Gatlinburg
Townsend
Great Smoky Mountains
Cades Cove
Clingman's Dome
Murfreesboro
McMinnville
Brownsville
Jackson
Graceland
Hohenwald
Shelbyville
Tullahoma
Waynesboro
Davy Crockett
Savannah
Selmer
Lawrenceburg
Lookout Mountain
Cleveland
Chattanooga
Memphis
Germantown
The Peabody
Beale St
Tennessee
Volunteer State


TEXAS
EVERYTHING IS BIGGER IN TEXAS
AUSTIN
THE LONE STAR STATE
wet-it!


Texas
AMARILLO
CANYON
TEXAS TECH
LUBBOCK
CHILI
©2024. FISH KISS, INC
ALL RIGHTS RESERVED.
MIDLAND
ABILENE
EL PASO
Pecos
ODESSA
PECOS RIVER
San Angelo
FORT STOCKTON
HILL COUNTRY
Red River
WICHITA FALLS
Gainesville
Paris
McKINNEY
PLANO
Texarkana
IRVING
Dallas
SMU
LONGVIEW
FORT WORTH
ARLINGTON
BAYLOR
TYLER
TCU
Athens
Nacogdoches
Waco
SAM HOUSTON
TEMPLE
A&M
HUNTSVILLE
Cedar Park
TEXAS
COLLEGE Station
FREDERICKSBURG
Kerrville
AUSTIN
Katy
HOUSTON
Beaumont
DEL RIO
San Marcos
New Braunfels
San Antonio
Galveston
Rio Grande
Victoria
FRIO RIVER
PORT A
CORPUS CHRISTI
LAREDO
Mexico
Bluebonnet
The Lone Star State
McAllen
South Padre Island
BROWNSVILLE


UTAH
Beehive State
SALT LAKE CITY
UVU
BYU
U
SUU
WANTED
BUTCH CASSIDY
pippa x wet-it!


UTAH
Park Valley
Garden City
Grouse Creek
Tremonton
Logan
Promontory
U State
Temple Square
Lucin
Snow Basin
Great Salt Lake
Ogden
Roy
Layton
Beehive State
Salt Lake City
Uinta-Wasatch-Cache National Forest
Flaming Gorge
West Valley City
Alta
Sundance
Park City
Ashley Nat. Forest
Vernal
Orem
UVU
Roosevelt
Gold Hill
Dugway
Provo
BYU
Duchesne
Myton
Bonanza
Ibapah
Spanish Fork
Fries
Fry Sauce
Rainbow
Trout Creek
Nephi
Helper
Dragon
Partoun
Gandy
Mt. Pleasant
East Carbon
Delta
Ephraim
Huntington
Cleveland-Lloyd Dinosaur Quarry
The Trembling Giant
Castle Dale
Arches Nat. Park
Eskdale
Garrison
Salina
Green River
Fishlake Nat. Forest
Delicate Arch
Black Rock
Moab
Capitol Reef Nat. Park
San Rafael Swell
Frisco
Tour of Utah
Wanted Butch Cassidy
Beaver
Fruita
La Sal
Canyonlands National Park
Lund
Panguitch
SUU
Shakespeare Festival
Boulder
Hite
Monticello
Cedar City
Escalante
Sego Lily
Dixie Nat. Forest
Bryce Canyon
Fry Canyon
Blanding
Enterprise
Grand Staircase-Escalante Nat. Monument
The Narrows
Zion
Orderville
Rainbow Bridge
Bluff
Little Hollywood
Mexican Hat
St. George
Kanab
Monument Valley
©2025 Fish Kiss, Inc. All rights reserved.


VERMONT
MONTPELIER
THE GREEN MOUNTAIN STATE
pippa x wet-it!


Jay Peak
ALBURG
RICHFORD
DERBY
Canaan
Swanton
St. Albans
Montgomery
NEWPORT
NORTH HERO
ENOSBURG
GRAND ISLE
Lake Memphremagog
Brighton
SOUTH HERO
B+J
Lake Willoughby
MT. MANSFIELD
Hyde Park
WESTMORE
GUILDHALL
Morrisville
Lake Champlain
BURLINGTON
STOWE
St. Johnsbury
Camel's Hump
CHEESE!!
Montpelier
BARRE
MIDDLEBURY
Chelsea
Green Mountain
GREEN MOUNTAIN & FINGER LAKES NAT. FOREST
Maple Syrup
SUGARBUSH
BRANDON
Killington
Rutland
WOODSTOCK
DANBY
The Vermont Country Store
BROMLEY SKI RESORT
WESTON
PERU
Springfield
Manchester
Vermont
ROCKINGHAM
STRATTON
MT. SNOW
Bennington
Brattleboro
©2021 fish kiss







©2024. FISH KISS INC. ALL RIGHTS RESERVED


WASHINGTON
WWU
SU
W
PUBLIC MARKET CENTER
OLYMPIA
CWU
GONZAGA
EWU
WSU
pippa x wet-it!


©Fish Kiss, 2021
WWU
The San Juan Islands
Bellingham
North Cascades Nat. Forest
Oroville
Curlew
Laurier
Colville Nat. Forest
Kettle Falls
Colville
Tonasket
Republic
Anacortes
Burlington
Sedro-Woolley
Mt. Vernon
Winthrop
Twisp
Omak
Okanogan
Chewelah
Neah Bay
Ozette
Puget Sound
Oak Harbor
Mt. Baker-Snoqualmie
Boeing
Newport
Port Angeles
Sequim
Whidbey Island
Everett
Wenatchee Nat. Forest
Brewster
Coulee Dam
Ft. Spokane
Forks
La Push
Olympic Mtns
Kitsap Peninsula
W
Redmond
Kirkland
Manson
Chelan
Electric City
Wilbur
Wellpinit
Country Homes
Gonzaga
Spokane
Seattle
Olympic Peninsula Forests
Public Market Center
Bellevue
Issaquah
Leavenworth
Cashmere
Wenatchee
Coulee city
Harrington
Medical Lake
Cheney
Spokane Valley
Soap Lake
Ephrata
Odessa
Tacoma
CWU
The Gorge
Ginkgo
Moses Lake
Sprague
EWU
Ocean city
Elma
Puyallup
Olympia
Ellensburg
Ritzville
St. John
Ocean Shores
Aberdeen
Westport
Warden
Colfax
Mt. Rainier
Othello
LaCrosse
Hells Canyon
Mattawa
Washtucna
Raymond
Centralia
Chehalis
Yakima
Desert Aire
Connell
WSU
Pullman
Union Gap
Toppenish
Richland
Dayton
Long Beach
Castle Rock
Longview
Mt. St. Helens
Prosser
Kennewick
Waitsburg
Asotin
Walla Walla
Evergreen State
Gifford Pinchot Nat. Forest
Cascades
Goldendale
Camas
Vancouver
Washington


WEST VIRGINIA
THE MOUNTAIN STATE
CHARLESTON
BLUE RIDGE MOUNTAINS
pippa x wet-it!


The Mountain State
WELLSBURG
Golden Delicious
WHEELING
MOUNDSVILLE
Rhododendron
The Switzerland of the U.S.
OHIO RIVER
©2024 FISH KISS, INC.
ALL RIGHTS RESERVED.
Big Bear Lake
Mill Creek
MORGANTOWN
Barackville
MARTINSBURG
BERKELEY SPRINGS
HARPERS FERRY
CHARLES TOWN
CLARKSBURG
BRIDGEPORT
PHILIPPI
DOLLY SODS
Staats Mill
PARKERSBURG
WESTON
BUCKHANNON
Blackwater Falls
ELKINS
GLENVILLE
RIPLEY
SPENCER
WVSU
Institute
MONONGAHELA NAT. FOREST
Cass Scenic RAILROAD
GREEN BANK
HUNTINGTON
BARBOURSVILLE
CEREDO
CHARLESTON
Summersville
ELK RIVER
Blue Ridge Mountains
West Virginia
Austin's
NEW RIVER GORGE BRIDGE
Fayetteville
Lewisburg
The Greenbrier
LOGAN
NEW RIVER
Grist Mill
WHITE SULPHUR SPRINGS
WELCH
PRINCETON
Bluefield


Wisconsin
THE BADGER STATE
WISCONSIN
1848
America's Dairyland
MADISON
pippa x wet-it!


Wisconsin
WISCONSIN
1848
Lake Superior
Ottawa NATIONAL FOREST
ASHLAND
Cable
Chequamegon NATIONAL FOREST
Manitowish Waters
Eagle River
Ginseng
Nicolet NATIONAL FOREST
Hayward
Wausau
Menomonie
Eau Claire
GREEN CIRCLE TRAIL
Green Bay
DOOR COUNTY
Lake Michigan
Appleton
Manitowoc
GRANDAD BLUFF
Stevens Point
OSHKOSH
WINNEBAGO
La Crosse
House ON THE Rock
Wisconsin Dells
Kohler
PRAIRIE DU CHIEN
MILK
America's Dairyland
Wisconsin River
Madison
Milwaukee
Lancaster
Belmont
Janesville
Badger State
©2024. FISH KISS, INC. ALL RIGHTS RESERVED.


Wyoming
LITTLE AMERICA
CHEYENNE
The Cowboy State
wet-it!


©2024. FISH KISS, INC. ALL RIGHTS RESERVED.
Old Faithful
Yellowstone
Powell
Cody
GREYBULL
SHERIDAN
Big Horn
STORY
Devils Tower
Gillette
GRAND TETONS
WORLAND
THERMOPOLIS
WRIGHT
JACKSON HOLE
Jackson
Dubois
Wind River
HOT SPRINGS
CASPER
Riverton
LANDER
Douglas
FORT LARAMIE
Rock Springs
LITTLE AMERICA
EVANSTON
FLAMING GORGE
UW
Laramie
CHEYENNE
VEDAUWOO
The Cowboy State
WYOMING

Wet-It tea towels are made from all the icons on each map.




