# EXHIBIT F


CONNECTICUT
THE CONSTITUTION STATE
UCONN
YALE
wet-it!


TONTO
Cabeza Prieta
ASU
SAGUARO
NAU
ARIZONA
The Grand Canyon State
wet-it!


NORTH CAROLINA
TAR HEEL STATE
UNC
ECU
DUKE
WF
WCU
NC STATE
BBQ
pippa x wet-it!