# EXHIBIT H

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Last purchased Mar 19, 2026
View order




Click to see full view

# Wet-It! Swedish Dishcloth States (Tennessee) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels

Visit the Wet-It! Store
4.0 ★★★★☆ (8) | Search this page
1 sustainability feature

Best Price on Amazon

$15⁶⁴ Price history

prime
FREE Returns

| | |
|---|---|
| **Color** | Tennessee |
| **Theme** | Fish |
| **Brand** | Wet-It! |
| **Towel form type** | Cleaning Cloth |
| **Material** | Cotton |

Can it be used on glass? | Is it machine washable? | Does it come in other patterns?
Why you might like this | Compare with similar | Ask something else

## About this item

- Premium Swedish Dishcloths: Crafted from 30% cotton and 70% cellulose fiber, these reusable Swedish dishcloths are highly absorbent, ideal for tackling any times, effectively replacing up to 17 rolls of paper towels per cloth. This sustainable choice reduces waste and saves money.
- Absorbent & Versatile: Capable of absorbing up to 20 times their weight, these dishcloths are perfect for cleaning dishes, countertops, windows, and more. Suitable for use in the kitchen, bathroom, and beyond.
- Biodegradable: 100% biodegradable and compostable within 6-8 weeks, these dishcloths offer an environmentally conscious alternative for a greener home.
- Durable & Convenient: These Swedish dishcloths are designed to be durable enough for scrubbing but gentle enough to avoid scratching surfaces. Quick-drying and odor-resistant, they provide long-lasting, effective cleaning.

› See more product details

## Sustainability features

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

$15⁶⁴ Price history
prime
FREE delivery **Thursday, May 14**. Order within 11 hrs 58 mins
Deliver to Emily - Falmouth 04105
Only 3 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Zentra, LLC |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more
Add to Auto Buy

## Bundle these items



**This item:** Wet-It! Swedish Dishcloth States (Tennessee) – Pack of 1 Reusable Paper Towel… 4 ★★★★☆ 8 $15⁶⁴

Sponsored
Wet-It! Swedish Dishcloths – Set of 3 Reusable & Super Absorbent Cleaning Cloths for Kitchen,… 5 ★★★★★ 3 $8⁹⁹ ($3.00/count) prime

Total price: $24.63
Add both to Cart
One of these items ships sooner than the other.
Show details

## Products related to this item Sponsored

Page 1 of 58








- Premium Wooden Caution Wet Floor Sign – Bilingual w/Non-Skid Plastic Feet – For Hot… ★★★★½ 19 $169⁹⁹ ($85.00 / count) prime
- Premium Outdoor Composite Caution Wet Floor Sign – Bilingual w/Non-Skid Plastic Fee… ★★★★★ 1 $199⁹⁹ ($100.00 / count) prime
- Wet-it! Swedish Dishclothes – Set of 3 Reusable & Super Absorbent Cleaning… ★★★★★ 3 $8⁹⁹ ($3.00 / count) prime 1 sustainability feature
- Caution Slippery When Wet Or ICY Sidewalk Sign Kit, (SI-83726) 10x16 Inches, with A… $38⁹⁵
- Caution Slippery When Wet Or ICY Sidewalk Sign Kit, (SI-76037) 10x16 Inches, with A… ★★★★☆ 5 $38⁹⁵
- Attention No Running Please Walk with Caution Pool Surface Slippery When Wet… ★★★★★ 1 $38⁹⁵
- Wet-it! Skrubba 3-Pack Reusable Dish Scrubbers – Non-Scratch Scouring Pads for Kitc… ★★★★½ 1,113 Amazon's Choice -26% $9⁹⁹ List: $13.49 prime

## 4 stars and above Sponsored

Page 1 of 50









- Wet-it! Skrubba 3-Pack Reusable Dish Scrubbers – Non-Scratch Scouring Pads for Kitc… ★★★★½ 1,113
- 10 PCS Birds Print Swedish Dishcloths for Kitchen 100% Biodegradable,… ★★★★½ 113
- Refresh Liquid Wipe Toilet Paper Foam – Flushable Wet Wipe Alternative – Cleanses… ★★★★½ 1,981
- RECYCO Swedish Dishcloths for Kitchen | 4 Pack Oversized Washable Dish Rags |… ★★★★½ 256
- MoLKENE Swedish Dish Cloths - 10 Pack Reusable Kitchen Dishcloths - Ultra… ★★★★½ 3,993
- Skoy Scrub, 4-Pack Reusable, Non-Scratching Dish Scrubber for Kitchen and… ★★★★½ 3,704
- Swedish Dishcloths 2-Pack - Super Absorbent Reusable Cellulose Sponge Cloths, Eco-F… ★★★★½ 118

-26% $9.99 List: $13.49 prime

$11.97 ($1.20 / count) prime

$18.49 ($3.65 / fluid ounce) prime

$15.99 ($4.00 / count) prime You pay $12.79 with coupon 1 sustainability feature

Amazon's Choice $14.99 ($1.50 / count) prime 1 sustainability feature

$13.99 ($3.50 / count) prime

$13.99 prime

**From the brand**




**Product description**


























**VIRGINIA**

Our wonderful Swedish super absorbent cloths far outperform regular cotton rags, paper towels and sponges because they are so light and absorbent. When moistened, they soak up any mess and leave a squeaky clean surface behind. They are so versatile! Wash dishes, wipe your counters, polish chrome, dust and even shine your mirrors with these cloths and you will never want to go back to using cotton rags, paper towels and sponges. Soak up water to leave any surface streak-free and no drying is needed! And even better, they do not smell. Wash and use over and over again. You will save on paper towels and no more stinky cloths!

**WASHINGTON**

Our wonderful Swedish super absorbent cloths far outperform regular cotton rags, paper towels and sponges because they are so light and absorbent. When moistened, they soak up any mess and leave a squeaky clean surface behind. They are so versatile! Wash dishes, wipe your counters, polish chrome, dust and even shine your mirrors with these cloths and you will never want to go back to using cotton rags, paper towels and sponges. Soak up water to leave any surface streak-free and no drying is needed! And even better, they do not smell. Wash and use over and over again. You will save on paper towels and no more stinky cloths!

**FLORIDA**

Our wonderful Swedish super absorbent cloths far outperform regular cotton rags, paper towels and sponges because they are so light and absorbent. When moistened, they soak up any mess and leave a squeaky clean surface behind. They are so versatile! Wash dishes, wipe your counters, polish chrome, dust and even shine your mirrors with these cloths and you will never want to go back to using cotton rags, paper towels and sponges. Soak up water to leave any surface streak-free and no drying is needed! And even better, they do not smell. Wash and use over and over again. You will save on paper towels and no more stinky cloths!

**Focus on sustainability**



## Small changes in product size & weight lead to lower carbon emissions.

We created Compact by Design to identify products that, while they may not always look very different, have a more efficient design. With the removal of excess air and water, products require less packaging and become more efficient to ship. At scale, these small differences in product size and weight lead to significant carbon emission reductions.

**Here are a few of the many ways products can qualify:**




### Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on glass? | Is it machine washable? | Does it come in other patterns? | Is this biodegradable? | Can it be used to clean cars?

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Product information

#### Item details

| | |
|---|---|
| Brand Name | Wet-It! |
| Number of Items | 1 |
| Set Name | States |
| Model Name | Tennessee |
| Age Range Description | All Ages |
| ASIN | B09D4QQ19P |
| Customer Reviews | 4.0 ★★★★☆ (8)<br>4.0 out of 5 stars |

#### Features & Specs

| | |
|---|---|
| Towel Form Type | Cleaning Cloth |
| Other Special Features of the Product | Dishcloth,Durable,Reusable |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

#### Style

| | |
|---|---|
| Color | Tennessee |
| Product Style | Reusable |
| Pattern | Letter Print |
| Theme | Fish |

#### Materials & Care

| | |
|---|---|
| Material Type | Cotton |
| Product Care Instructions | Machine Wash |
| Fabric Type | Cotton |

#### Measurements

| | |
|---|---|
| Item Dimensions L x W | 8"L x 7"W |
| Size | Small |
| Unit Count | 1 Count |
| Item Weight | 0.01 Kilograms |


### Related products with free delivery
Sponsored

Page 1 of 58


PACT Pack Out Kit - Camping Poop Kit Includes Wet Wipes, Smell Proof Disposal...
★★★★★ 111
$38.00
prime


Refresh Liquid Wipe Toilet Paper Foam Refill – Flushable Wet Wipe Alternative – Cle...
★★★★★ 215
Amazon's Choice
$15.97 ($2.00 / fluid ounce)
prime


MAXLONE™ 20oz Car Spray with Triphene®, Quick Spray & Wipe All Purpose Waterless De...
★★★★☆ 3,561
-21% $69.97
($3.50 / fluid ounce)
List: $88.80
prime



Caution Floor May Be Slippery When Wet Hazard Sign LABEL DECAL STICKER 9...
★★★★☆ 12
$11.99
prime


Wet-It! Swedish Dishcloths – Set of 3 Reusable & Super Absorbent Cleaning...
★★★★★ 3
$8.99 ($3.00 / count)
prime
1 sustainability feature


Premium Outdoor Composite Caution Wet Floor Sign – Bilingual w/Non-Skid Plastic Fee...
★★★★★ 1
$199.99 ($100.00 / count)
prime


Premium Wooden Caution Wet Floor Sign – Bilingual w/Non-Skid Plastic Feet – For Hot...
★★★★☆ 19
$169.99 ($85.00 / count)
prime

### Similar brands on Amazon
Sponsored

Page 1 of 2



AIRNEX 10 Pack Cellulose Swedish Dishcloths for Kitchen - Eco-Concious...
4.3 ★★★★☆ 116
$11.99



Utopia Towels Blue Dish Towels [12 Pack - 15 x 25 Inches] 100% Ring Spun...
4.5 ★★★★☆ 22,699
$16.99 List: $19.99



Swedish Dishcloths for Kitchen XL, 30 Sheet Roll, Biodegradable &...
4.4 ★★★★☆ 2,298
$27.88


### Customer reviews

★★★★☆ 4 out of 5

8 global ratings

5 star 56%

4 star 26%

### Top reviews from the United States

Michymah

★☆☆☆☆ **One - two uses**

Reviewed in the United States on July 19, 2024

Verified Purchase

wet-it!

Wet-It!

Follow

HOME | SWEDISH DISHCLOTH | ABOUT US | Search all Wet-It!

## You might also like



Wet-It! Swedish Dishcloth Reusable Towel Set for Kitchen | Biodegradable Absorbent...

★★★★½ 1,129

$9.99 ~~$12.99~~ (23% off)

✓prime

Get it by Monday, June 15

Add to Cart



Wet-It! Swedish Dishcloth Reusable Towel Set for Kitchen | Biodegradable Absorbent...

★★★★½ 1,129

$12.99

✓prime

Get it by Monday, June 15

Add to Cart



Scroll to explore more in the store









wet-it!






Quick Dry


Odor Free


COLORADO
HOME IS WHERE WE PARK IT
TEXAS


HOME IS WHERE WE PARK IT
wet-it!
made in sweden
Washable • Reusable • Durable


SUITABLE FOR ALL SURFACES


Glass
Wood
Marble
Stainless Steel
Tile




WASHINGTON
Best choice for
dish wash Cleaning
Line- Fishkiss+Wet-it!


MULTI-USAGE
Many creative uses
wash dishes, clean
windows, crystal, use
as a washcloth
in shower & many,
many more ideas!



Durable | Soft & Absorbent | Reusable | Environmentally Friendly




Share

Share this page with your friends.


Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter
- Promotional Financing

**Let Us Help You**

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management

amazon prime | Deliver to Emily Falmouth 04105 | All | wet-it | EN | Hello, Emily Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Health AI | Amazon Haul | Medical Care | Amazon Basics | Prime Video | Buy Again | Keep Shopping For | Books | Prime Visa | Pet Supplies | Beauty & Personal Care | Audible | Computers | Pharmacy | PLAYOFFS | 09:55:09

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Reusable, Premium Swedish Dishcloths by Pink Rhino | pink rhino labs | Shop Pink Rhino Labs

Health & Household › Household Supplies › Cleaning Tools › Cleaning Cloths

Last purchased Mar 19, 2026
View order




Click to see full view

Ask Rufus
Can it be used on glass? | Is it machine washable? | Does it come in other patterns?
Why you might like this | Compare with similar | Ask something else

# Wet-It! Swedish Dishcloth States (North Carolina) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels

Visit the Wet-It! Store
3.9 (19) | Search this page
1 sustainability feature

Best Price on Amazon
$15^00 Price history

Get a $60 Gift Card for each friend who is approved for Prime Visa or Amazon Visa. Earn up to $500 each year. **Find out how**

prime
FREE Returns

| | |
|---|---|
| **Color** | North Carolina |
| **Brand** | Wet-It! |
| **Towel form type** | Cleaning Cloth |

## About this item

- Premium Swedish Dishcloths: Crafted from 30% cotton and 70% cellulose fiber, these reusable Swedish dishcloths and highly absorbent, ideal for tackling any cleaning task.
- Washable & Reusable: Each cloth is machine washable and reusable up to 50 times, effectively replacing up to 17 rolls of paper towels per cloth. This sustainable choice reduces waste and saves money.
- Absorbent & Versatile: Capable of absorbing up to 20 times their weight, these dishcloths are perfect for cleaning dishes, countertops, windows, and more. Suitable for use in the kitchen, bathroom, and beyond.
- Biodegradable: 100% biodegradable and compostable within 6-8 weeks, these dishcloths offer an environmentally conscious alternative for a greener home.
- Durable & Convenient: These Swedish dishcloths are designed to be durable enough for scrubbing but gentle enough to avoid scratching surfaces. Quick-drying and odor-resistant, they provide long-lasting, effective cleaning.

› See more product details

## Sustainability features

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

## 4+ star item to consider

Amazon's Choice
Amazon Basics Highly Absorbent, Fast Drying 100% Cotton Washcloths for Bathroom and Face, Machine Washable, 12 x 12 in, Petal Pink, Lavender, White, 24-Pack
(74559)
$18.99 ($0.79/count) prime

LNTPIP 5 Pack Swedish Dishcloths for Kitch...
(43)
$6^99 prime
3 sustainability features
Shop now
Sponsored

One-time purchase
$15^00 Price history
prime
FREE delivery Thursday, May 14. Order within 11 hrs 55 mins
Deliver to Emily - Falmouth 04105
Only 8 left in stock - order soon.
Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Zentra, LLC |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

Subscribe & Save
$15^00
prime
FREE delivery Thursday, May 14

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Zentra, LLC |

Add to Auto Buy
Add to List

MW Pro Microfiber Cleaning Clot...
(7,651)
$19^78 $21.98 prime
Save 10% with Subscribe & Save
Sponsored

## Bundle these items

**This item:** Wet-It! Swedish Dishcloth States (North Carolina) – Pack of 1 Reusable Paper...
3.9 19
$15^00

+

Sponsored
Wet-It! Swedish Dishcloths – Set of 3 Reusable & Super Absorbent Cleaning Cloths for Kitchen,...
5 3
$8^99 ($3.00/count)
prime

Total price: $23.99
Add both to Cart

One of these items ships sooner than the other.
Show details

## Customers who viewed this item also viewed

Page 1 of 2

Wet-it! Skrubba 3-Pack Reusable Dish Scrubbers – Non-Scratch Scouring Pads for Kitchen & Household – Eco-Friend… 1,113
-26% $9.99
List: $13.49
prime FREE Delivery Wednesday, May 13

Wet-It! John Deere 2-Pack Sponge Cloths for Farmhouse Kitchen Déc… 1,127
Save 17%
-17% $9.99
Typical: $11.99
Lowest price in 30 days
prime FREE Delivery Wednesday, May 13

Wet-It! Swedish Dishcloth States (Arizona) – Pack of 1 Reusable Paper Towels, Highly Absorbent &… 3
$14.70
prime FREE Delivery Thursday, May 14
Purchased Mar 2026
1 sustainability feature

Wet-It! Swedish Dishcloth States (Tennessee) – Pack of 1 Reusable Paper Towels, Highly Absorbe… 8
$15.64
prime FREE Delivery Thursday, May 14
Purchased Mar 2026
1 sustainability feature

Wettex The Original 10 Pack Swedish Dishcloth for Kitchen 12,738
Amazon's Choice
$9.77 ($0.98/count)
prime FREE Delivery Friday, May 15
1 sustainability feature

Moonlit93 North Carolina State Map Kitchen Towel, U.S. State Souvenir Tea Towel, Multi-Purpose Towel, Soft & Absorben… 1
-23% $9.99
List: $12.99
prime FREE Delivery Friday, May 15

TGBJE North Carolina Vacation Tote Bag The Tar Heel State Gift North Carolina Souvenir Gifts Tar Heel State Lover Handle Bag 4
$13.89

## 4 stars and above

Sponsored




10 PCS Birds Print Swedish Dishcloths for Kitchen 100% Biodegradable,… 113
$11.97 ($1.20 / count)
prime


HOMEXCEL Swedish Dishcloths for Kitchen 20 Pack, Sponge Dish Cloth for Counters & W… 5,797
-23% $9.99
($0.50 / count)
List: $12.99
prime
1 sustainability feature


Flowers Swedish Dishcloths for Kitchen, Papaya Reusable Paper Towels, 4 Pack Wildfl… 53
$12.99 ($3.25 / count)
prime
1 sustainability feature


SUPERSCANDI 10 Pack Swedish Dishcloths for Kitchen - 100% Biodegradable &… 20,113
Amazon's Choice
-14% $17.99
($1.80 / count)
List: $20.95
prime
1 sustainability feature


10 Packs Swedish Dishcloths for Kitchen, Reusable Paper Towels Compostable Swedish … 175
$9.99 ($1.00 / count)
prime
1 sustainability feature


Skoy Cloth, 4-pack Versatile Swedish Dishcloths for Kitchen and Household Use,… 13,055
$7.99 ($2.00 / count)
prime
1 sustainability feature


Miss Adola Kitchen Swedish Dishcloths with Hooks - 6 Pack Reusable Dish Cloths for … 149
-23% $9.99
Typical: $12.99
prime

## Focus on sustainability




### Small changes in product size & weight lead to lower carbon emissions.

We created Compact by Design to identify products that, while they may not always look very different, have a more efficient design. With the removal of excess air and water, products require less packaging and become more efficient to ship. At scale, these small differences in product size and weight lead to significant carbon emission reductions.

**Here are a few of the many ways products can qualify:**




## From the brand




### Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used on glass? | Is it machine washable? | Does it come in other patterns? | Is this biodegradable? | Can it be used to clean cars?

Product description

















**VIRGINIA**

Our wonderful Swedish super absorbent cloths far outperform regular cotton rags, paper towels and sponges because they are so light and absorbent. When moistened, they soak up any mess and leave a squeaky clean surface behind. They are so versatile! Wash dishes, wipe your counters, polish chrome, dust and even shine your mirrors with these cloths and you will never want to go back to using cotton rags, paper towels and sponges. Soak up water to leave any surface streak-free and no drying is needed! And even better, they do not smell. Wash and use over and over again. You will save on paper towels and no more stinky cloths!



**WASHINGTON**

Our wonderful Swedish super absorbent cloths far outperform regular cotton rags, paper towels and sponges because they are so light and absorbent. When moistened, they soak up any mess and leave a squeaky clean surface behind. They are so versatile! Wash dishes, wipe your counters, polish chrome, dust and even shine your mirrors with these cloths and you will never want to go back to using cotton rags, paper towels and sponges. Soak up water to leave any surface streak-free and no drying is needed! And even better, they do not smell. Wash and use over and over again. You will save on paper towels and no more stinky cloths!



**FLORIDA**

Our wonderful Swedish super absorbent cloths far outperform regular cotton rags, paper towels and sponges because they are so light and absorbent. When moistened, they soak up any mess and leave a squeaky clean surface behind. They are so versatile! Wash dishes, wipe your counters, polish chrome, dust and even shine your mirrors with these cloths and you will never want to go back to using cotton rags, paper towels and sponges. Soak up water to leave any surface streak-free and no drying is needed! And even better, they do not smell. Wash and use over and over again. You will save on paper towels and no more stinky cloths!

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Item details

| | |
|---|---|
| Brand Name | Wet-It! |
| Number of Items | 1 |
| Age Range Description | Baby |
| Best Sellers Rank | #612,785 in Health & Household (See Top 100 in Health & Household)<br>#3,998 in Reuseable Cleaning Cloths |
| ASIN | B09JJ28CCX |
| Customer Reviews | 3.9 ★★★★☆ (19)<br>3.9 out of 5 stars |

### Measurements

| | |
|---|---|
| Item Dimensions L x W | 8"L x 7"W |
| Size | Small |
| Unit Count | 1.0 Count |
| Item Weight | 0.01 Kilograms |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Style

| | |
|---|---|
| Color | North Carolina |
| Product Style | Reusable |
| Pattern | Solid |

### Materials & Care

| | |
|---|---|
| Material Type | Cotton |
| Product Care Instructions | Machine Wash |
| Fabric Type | Cotton |

### Features & Specs

| | |
|---|---|
| Towel Form Type | Cleaning Cloth |
| Other Special Features of the Product | Dishcloth,Durable,Reusable |


**Related products with free delivery** Sponsored

Page 1 of 54



Caution Wet Floor Slipp Sticker Signery 10 * 4 inch 5 Pack Self-Adhesive Removable ...
$9.99 ($2.00 / count)
prime



CURAD First Aid Portable Pack |15 - Count On-the-Go Essentials |12 Packs
★★★★★ 351
Amazon's Choice
prime



50 Pack Wet Jet Pads Compatible with Wet Jet Spray Mop, Wet Jet Refill for All Purp...
★★★★☆ 411
($0.46 / count)



loukin Non-Toxic Whiteboard Cleaner, 8.5 fl oz Dry Erase Board Cleaner, Low-Odor Wh...
★★★★☆ 107
prime



50 Count for Swiffer Wet Jet Pads, Disposable Wet Jet Pads, for Swiffer Wet Pads Re...
★★★★☆ 464
($0.42 / count)
prime



The Original MakeUp Eraser PRO, Effortlessly Remove All Makeup Using Only Water, In...
★★★★☆ 25,903
($20.00 / count)
prime



Kitchen Towels Swedish Dishcloths - 6 Count Reusable Paper Towels, Ultra Absorbent ...
★★★★☆ 7
($1.17 / count)

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Home & Kitchen › Bath › Towels › Hand Towels



Click to see full view

2 VIDEOS

Does it come in other state maps? | Why you might like this | Compare with similar

Ask something else

# Fish Kiss 16"x24" Florida Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant

Visit the Fish Kiss Store

4.6 ★★★★☆ (180) | Search this page

Best Price on Amazon

$24.66 Price history

Get a $60 Gift Card for each friend who is approved for Prime Visa or Amazon Visa. Earn up to $500 each year. Find out how

prime

FREE Returns

Color: **Florida**

| | | | | | |
|---|---|---|---|---|---|
| $24.66 FREE Delivery Thursday | $25.50 FREE Delivery Thursday | $25.48 FREE Delivery Thursday | $24.54 FREE Delivery Thursday | $24.92 FREE Delivery Thursday | $25.22 FREE Delivery Friday |

| | |
|---|---|
| **Color** | Florida |
| **Brand** | Fish Kiss |
| **Towel form type** | Hand Towel |
| **Material** | Microfiber |
| **Product Dimensions** | 24"L x 16"W |

## About this item

- Immersive Florida Map: Dive into the intricate details of Florida with our 16"x24" microfiber towel featuring a meticulously hand-drawn map by Fish Kiss. Explore every nook and cranny of your favorite locations from New Orleans to Baton Rouge.
- Premium Microfiber Quality: Crafted from high-quality microfiber, our towel offers unmatched softness and durability. It's gentle on skin yet tough on dirt, ensuring a comfortable and effective cleaning experience whether you're on the road or at home.
- Versatile and Practical: Designed for multi-use, this towel is your ultimate companion for travel, outdoor adventures, and everyday use. Use it as a travel towel, beach blanket, picnic mat, or even as a stylish home decor piece.
- Easy Maintenance: Say goodbye to tedious cleaning routines. Our towel is fully machine washable, allowing for hassle-free maintenance. Plus, with its wrinkle and stain-resistant properties, it retains its pristine appearance even after repeated use.
- Convenient Hanging Loop: Never worry about misplacing your towel again. Equipped with a convenient hanging loop, our towel can be easily hung on hooks or racks for quick drying and easy access. Keep it within reach wherever your adventures take you.

› See more product details

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Cleanbear
*Reversible Hand Towels set of 4, Zigzag Stripes*
Cleanbear Blue Hand...
★★★★☆ (31)
$19.93 prime
Shop now
Sponsored

$24.66 Price history
prime
FREE delivery **Thursday, May 14**. Order within 10 hrs 17 mins
Deliver to Emily - Falmouth 04105
**Only 9 left in stock - order soon.**
Quantity: 1
Add to cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Zentra, LLC |
| Returns | FREE 30-day refund/replacement |
| Packaging | Ships in product packaging |

See more

Add to Auto Buy

Add to List

EJGFS Florida is Always a Good I...
3.5 ★★★☆☆ 8
$9.99 prime
Sponsored

## Customers also bought

Based on products customers bought together



**This item:** Fish Kiss 16"x24" Florida Map Towel is 100% Microfiber Waffle Weave Help...
4.6 ★★★★☆ 180
$24.66

Sponsored
Catstudio Texas Dish Towel - U.S. State Souvenir Kitchen and Hand Towel, Perfect Tea Towels for...
4.8 ★★★★★ 213
$26.00
prime

Sponsored
Totally Bamboo Florida State Puzzle 4 Piece Bamboo Coaster Set with Case
4.8 ★★★★★ 1,889
$19.99
prime

Total price: $70.65
Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Products related to this item Sponsored

Page 1 of 58



crae. Double-Sided | Kitinjoy 100% Cotton | Summer Wyoming | GEOMETRY Tea Towels – | Homaxy 100% Cotton | Reversible Waffle Weave | SALBAKOS 100% Turkish

Microfiber Kitchen & Bath Hand Towels -High Absorbent Waffle Tow...
★★★★★ 16
$20.52
prime

Waffle Weave Kitchen Hand Towels (13 X 28 Inches, Orange), 6-P...
★★★★☆ 6,135
$19.99 ($3.33 / count)
prime
1 sustainability feature

Cowboy Microfiber Washcloth 12x12 – 390 GSM Reversible Waffle...
★★★★★ 3
$9.49
prime

Spring & Summer Collection – Quick-Dry, Ultra-Absorbent, Reus...
★★★★★ 488
$18.00
prime
1 sustainability feature

Waffle Weave Kitchen Dish Towels, Ultra Soft Absorbent Quick Dry...
★★★★☆ 40,176
#1 Best Seller
Limited time deal
-19% $16.98
($4.25 / count)
List: $20.99
prime
1 sustainability feature

Kitchen Towel with Premium Fiber, Streak-Free, Absorbent & ...
$18.49

Cotton Hand Towel Set of 6 16x30 inch | Heirloom Quality | Ho...
★★★★☆ 3,791
$29.99 ($5.00 / count)
prime
1 sustainability feature

## Customers who viewed this item also viewed

Page 1 of 2



Kay Dee Designs F2183 Adventure Destinations Poster Style Tea Towel, Florida, 18" x 28"
★★★★★ 138
$12.50 ($2.08/count)
prime FREE Delivery Wednesday, May 13



It's a State Thing Florida Embroidered Flour Sack Towel
★★★★☆ 139
-15% $11.88
List: $13.95
prime FREE Delivery Wednesday, May 13



Boston International Tea Towels Rosanne Beck State Collection Set of 2 Soft & Absorbent Reusable Cotton Dish...
★★★★☆ 10
-12% $17.13
List: $19.50
prime FREE Delivery Wednesday, May 13



InnoBeta Florida Gifts, Kitchen Towel 2 Pack, 16x24 in Microfiber Dish Tea Towel
★★★★★ 3
$15.99 ($8.00/count)
prime FREE Delivery Wednesday, May 13



Moonlit93 Florida State Map Kitchen Towel, U.S. State Souvenir Tea Towel, Multi-Purpose Towel, Soft & Absorbent, Polyester, White
-23% $9.99
List: $12.99
prime FREE Delivery Thursday, May 14



IHR Ideal Home Range Dinner Napkins Rosanne Beck State Collection Disposable 3-Ply Paper...
★★★★★ 55
Amazon's Choice
$9.49 ($0.59/count)
prime FREE Delivery Wednesday, May 13



Florida Kitchen Towel: A Beautiful and Practical Gift for Travel Enthusiasts, Nature Lovers - Soft & Absorbent Kitchen Towel - Good...
$10.99
Get it as soon as Saturday, May 16
FREE Shipping by Amazon

## Product description

See More

### Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be used as a beach towel? | Is this towel quick drying? | Does it come in other state maps?

Is it good for outdoor picnics? | Is the map design printed on both sides?

## Product Videos




Videos for this product



A Towel That Feels Like Home
MParry



Fish Kiss Multi-Use Towel in Use
Fish Kiss



Fish Kiss 16"x24" Florida Map Towel is 100% Microfiber Waffle Weave Help...
★★★★☆ 180
$24.66 prime



Fish Kiss 16"x24" Map Towel is 100% Microfiber Waffle Weave Help You...
★★★★☆ 180
$24.54 - $26.30 prime



Sponsored
Avalon Kitchen Dish Towels Set (Value Pack of 15) Size 15x25 Inch, 100%...
★★★★☆ 778
$20.99 prime

## Product information

### Item details

| | |
|---|---|
| Brand Name | Fish Kiss |
| Number of Items | 1 |
| Set Name | Single Florida Map Towel |
| Manufacturer | Fish Kiss |
| Age Range Description | All Ages |
| Item Type Name | multi-use towel |
| Best Sellers Rank | #915,457 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#3,920 in Hand Bath Towels |
| ASIN | B07VP6265N |
| Customer Reviews | 4.6 ★★★★☆ (180)<br>4.6 out of 5 stars |

### Features & Specs

| | |
|---|---|
| Towel Form Type | Hand Towel |
| Other Special Features of the Product | Durable,Resistant |

### Style

| | |
|---|---|
| Color | Florida |
| Product Style | Durable |
| Theme | Map |
| Shape | Rectangular |

### Materials & Care

| | |
|---|---|
| Material Type | Microfiber |
| Product Care Instructions | Machine Wash |
| Fabric Type | Microfiber |

### Measurements

| | |
|---|---|
| Item Dimensions L x W | 24"L x 16"W |
| Size | Small |
| Unit Count | 1.0 Count |
| Item Weight | 0.12 Kilograms |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?