# EXHIBIT I

**MAINE**
2 VICTORIA LANE
FALMOUTH, ME 04105

DANCHUK
LAW, LLC

EMILY A. DANCHUK, ESQ.

**NEW YORK**
244 FIFTH AVE, STE E121
NEW YORK, NY 10001

**VIA U.S. MAIL AND EMAIL**

April 17, 2026

Zentra, LLC
110 Associates Lane
Indian Trail, NC 28079
ATTN: Legal Dept.

Email: contact@zentrallc.com

**<u>RE: Notice of Copyright Infringement – Fish Kiss</u>**

Dear Sir or Madam:

I represent Fish Kiss, Inc. ("Fish Kiss") in connection with its legal matters. Fish Kiss is a woman-owned business that creates original, hand-sketched artwork inspired by the 50 U.S. states and related geographic locations, which artwork is applied across a range of home goods and giftware.

Fish Kiss is the owner of U.S. copyright registrations for its unique artwork map depicting the 50 U.S. states (the "Fish Kiss Map Artwork"). Exemplars of the Fish Kiss Map Artwork are set forth below. Please see **Exhibit A** for a list of the copyright registrations for the Fish Kiss Map Artwork. All relevant copyright registration certificates will be provided upon request.






It has come to my client's attention that Zentra, LLC ("Zentra") is displaying, marketing, and selling tea towels and dish cloths bearing the Fish Kiss Map Artwork (the "Subject Products") without authorization, including on Amazon.com and Zentra's website (located at https://zentrallc.com). Zentra is also using Fish Kiss's copyrighted artwork and trademarks to promote and sell these products. Notably, Zentra is offering the Subject Products on Amazon not only through the Wet-It storefront, but also through Fish Kiss's own branded storefront. A list of representative Amazon ASINs and URLs is attached as **Exhibit B**. Zentra's unauthorized activities are diverting revenue from Fish Kiss and its current licensee, Swig!, and are interfering with Fish Kiss's licensing relationships. These actions constitute copyright infringement and trademark infringement, including unlawful passing off. Fish Kiss has never authorized Zentra to manufacture, market, or sell the Subject Products, and any purported rights claimed by Zentra are invalid and unenforceable.

By way of background, Fish Kiss previously granted a limited license to Swedish Treasures, LLC d/b/a Wet-It! ("Wet-It") to sell products bearing the Fish Kiss Map Artwork. That license expired on January 1, 2026. Critically, the license expressly prohibited Wet-It from granting sublicenses and from materially discounting the Subject Products. Fish Kiss understands that Wet-It purported to grant Zentra the right to market, promote, distribute, and sell the Subject Products and to use Fish Kiss's intellectual property to do so. Wet-It lacked any authority to grant such rights. Any purported sublicense or authorization to Zentra was therefore ultra vires, void, and without legal effect.

Wet-It also failed to disclose any arrangement with Zentra to Fish Kiss, in breach of its contractual obligations. It appears that Wet-It further attempted to authorize Zentra as a seller under Fish Kiss's Amazon Brand Registry without consent. Fish Kiss has since revoked any such access and will be submitting intellectual property infringement reports to Amazon to remove the listings for the Subject Products. Although Fish Kiss is not yet familiar with the terms of Wet-It's agreement with Zentra, the available information strongly indicates that the arrangement violates the express terms of the Wet-It license agreement.

Zentra's current display, promotion, sale and distribution of the Subject Products is in violation of Fish Kiss's copyrights and trademark rights as contemplated by 17 U.S.C. § 501 and 15 U.S.C. § 1114 *et seq.*, respectively. Accordingly, this correspondence constitutes formal notice of Fish Kiss's intellectual property rights and our demand that Zentra immediately:

1. **Cease and desist** from all manufacture, importation, marketing, display, promotion, distribution and sale of the Subject Products;

2. **Disable access** to all webpages, listings, URLs, and digital storefronts displaying or offering the Subject Products, including Wet-It's Amazon page listings and Fish Kiss Amazon page listings;

3. **Direct all retailers, vendors, distributors and third-party resellers** to cease all distribution and sale of the Subject Products and to remove or disable all related online listings;

4. **Identify, gather, and segregate** all the Subject Products in Zentra's possession pending further instruction;

5. **Provide a copy of Zentra's agreement with Wet-It** or the details of any arrangement between them purporting to grant a license of Fish Kiss's copyrights and/or trademark rights to Zentra;

6. **Provide a complete written accounting** of Zentra's sales, revenues, profits, manufacture quantities, distribution channels, and supply-chain partners associated with the Subject Products;

7. **Disclose the identity of all of Zentra's downstream retailers** who purchased the Subject Products;

8. **Produce all documents and communications** concerning Zentra's acquisition, marketing, and sale of the Subject Products, including internal communications, communications with Wet-It, and vendor communications;

9. **Confirm in writing** that all infringing activities have ceased and that all steps above have been fully implemented;

10. **Preserve all documents, images, digital files, physical samples, and communications** relating to the Subject Products to ensure no evidence is lost or destroyed pursuant to the attached Litigation Hold Notice; and

11. **Refrain from any further use of Fish Kiss's copyrights and trademarks**, including any derivative works or substantially similar designs, in any future products, marketing, or promotional materials.

Please provide written confirmation by no later than **April 23, 2026** that all unauthorized reproduction, distribution and sale of the Subject Products has ceased. I also expect to receive all requested information and sales accounting by **April 27, 2026**. In the meantime, Fish Kiss will be submitting IP abuse reports with Amazon and any other platform on which the Subject Products are being sold.

I look forward to receiving your prompt response. This is not a full recitation of all outstanding facts and legal issues, and nothing in this letter is meant to be construed to waive or limit any rights, claims, or remedies. Fish Kiss, Inc. reserves all rights.

Sincerely,

*/s/ Emily A. Danchuk*
Emily A. Danchuk

enc.

**<u>EXHIBIT A – COPYRIGHT REGISTRATIONS ("Fish Kiss Registrations")</u>**

| U.S. Copyright Registration No. | Title of Work | Date of Registration |
|---|---|---|
| VA 2-049-159 | Alabama Map | April 14, 2017 |
| VA 2-152-786 | America Map | December 20, 2018 |
| VA 2-049-406 | Arizona Map | May 1, 2017 |
| VA 2-049-408 | Arkansas Map | May 1, 2017 |
| VA 2-049-472 | California Map | April 8, 2017 |
| VA 2-049-425 | Colorado Map | May 1, 2017 |
| VA 2-049-461 | Connecticut Map | May 1, 2017 |
| VA 2-049-462 | Delaware Map | May 1, 2017 |
| VA 1-275-215 | Denver Map | April 28, 2017 |
| VA 2-049-463 | Florida Map | May 1, 2017 |
| VA 2-049-464 | Georgia Map | May 1, 2017 |
| VA 2-049-466 | Hawaii Map | May 1, 2017 |
| VA 2-049-467 | Idaho Map | May 1, 2017 |
| VA 2-049-468 | Illinois Map | May 1, 2017 |
| VA 2-049-163 | Indiana Map | May 1, 2017 |
| VA 2-049-164 | Iowa Map | May 1, 2017 |
| VA 2-049-151 | Kansas Map | May 1, 2017 |
| VA 2-049-471 | Kentucky Map | May 1, 2017 |
| VA 2-049-154 | Louisiana Map | May 1, 2017 |
| VA 2-049-156 | Maine Map | May 1, 2017 |
| VA 2-049-470 | Maryland Map | May 1, 2017 |
| VA 2-049-166 | Massachusetts Map | May 1, 2017 |
| VA 2-049-161 | Michigan Map | April 14, 2017 |
| VA 2-049-169 | Minnesota Map | May 1, 2017 |
| VA 2-049-172 | Mississippi Map | May 1, 2017 |
| VA 2-049-173 | Missouri Map | May 1, 2017 |
| VA 2-049-174 | Montana Map | May 1, 2017 |
| VA 2-049-175 | Nebraska Map | May 1, 2017 |
| VA 2-019-177 | Nevada Map | May 1, 2017 |
| VA 2-049-178 | New Hampshire Map | May 1, 2017 |
| VA 2-049-179 | New Jersey Map | May 1, 2017 |
| VA 2-049-215 | New Mexico Map | May 1, 2017 |
| VA 2-049-218 | New York Map | May 1, 2017 |
| VA 2-049-157 | North Carolina Map | April 14, 2017 |
| VA 2-049-343 | Ohio Map | May 1, 2017 |
| VA 2-049-165 | Oklahoma Map | May 1, 2017 |

| | | |
|---|---|---|
| VA 2-049-345 | Oregon Map | May 1, 2017 |
| VA 2-049-350 | Pennsylvania Map | May 1, 2017 |
| VA 2-049-383 | South Carolina Map | May 1, 2017 |
| VA 2-053-178 | State Maps Feb-March 2017 | April 8, 2017 |
| VA 2-049-384 | Tennessee Map | May 1, 2017 |
| VA 2-049-387 | Texas Map | May 1, 2017 |
| VA 2-049-388 | Utah Map | May 1, 2017 |
| VA 2-049-391 | Vermont Map | May 1, 2017 |
| VA 2-049-393 | Virginia Map | May 1, 2017 |
| VA 2-099-625 | Washington, DC Map | October 1, 2017 |
| VA 2-049-162 | Washington Map | April 14, 2017 |
| VA 2-049-394 | West Virginia Map | May 1, 2017 |
| VA 2-049-399 | Wisconsin Map | May 1, 2017 |
| VA 2-049-404 | Wyoming Map | May 1, 2017 |

**EXHIBIT B – SUBJECT PRODUCT ASINs/URLs**

ASINs for Amazon Subject Product Listings

B07VKPS9Q7
B07VMB39FN
B07VN7B1TC
B07VN7M4K1
B07VN9452B
B07VN9QR79
B07VP6265N
B07VP62K7G
B07VQ8TZ53
B07VQ8V67T
B07VQ8VCD5
B07VQ8VMQR
B07VRDNPVR
B07VRDPR4P
B07VRDQJ4V
B07VRDQKHN
B07VSH8RYX
B07VSH9LZH
B07VSHB143
B07VT63X9R
B07VT788KV
B07VT7K5KS
B07VT7XDKK
B087PJ2Z6J
B089T7R434
B08G5CDXF8
B0B27CTJLW
B0B27D7MV8
B0B27FS6G3
B0B27FZ4N4
B0B27HTYZM
B0B27KWHC3
B0B27L93XD
B0B27LYJTL
B0B27MFTND
B0B27MZ9R7
B0B27MZCR9
B0B27N56Y1
B0B27N5CQ2
B0B27P8DFK
B0B27PNQCJ
B0B27PZ7X7
B0B27Q32TZ
B0B27RVR5N
B0B27TBLNB
B0B27WVFZH
B0B27XRV4N
B0B27YXDD4
B0B27YXFD6
B0B27ZY5FS
B0B2811516
B0B283YTLL
B0BHCC2YRD
B09FYB2QQ6
B09JJ28CCX
B09D4QQ19P
B09BLH4GKK
B09J96RQXS
B09BLHG6W2
B09LJ66QMV
B09D4ZCCXX
B09BLHB4NH
B09GS7D37F
B09FY91HR7
B09J9785N3
B09LJSB9PG
B09GS9T1HB
B09D4TBNMC
B09FY95KJL
B09GS9JC33
B09D4R83GX
B09BLHNY2K
B09LJJF495
B099T4DXNY
B09LK15C93
B09LJYFPDD
B09J97P9B3
B09FY7XJS3
B09J9S18PQ
B09BLHNG8L
B099T58RB2
B09D53B67J
B09J961H43
B09GS8XQ75
B09JHDV77B
B099TR3SWW
B09LJW9Q7N
B09GS95R49
B09LJQDSN9
B09GS9C7T1
B09FY8RX54
B09BLJ4J8H
B09LJTBWTK
B09GS8HJWY
B09WKMRG6M
B09LJSWSVV
B09J95HCPF
B09GSBQ4QJ
B09LJVM8D4
B09LJN6373
B0FRYXWW1V
B09J98P97V
B09BLHJNCQ
B09LJ42496

Exemplars of Zentra Website URLs [Non-exhaustive]

http://zentrallc.com/products/wet-it-swedish-dishcloth-states-reusable-paper-towels-highly-absorbent-biodegradable-dish-cloths-non-scratch-durable-machine-washable-cleaning-towels?variant=47265846984871

https://www.zentrallc.com/products/fish-kiss-16x24-map-towel-is-100-microfiber-waffle-weave-help-you-explore-in-detail-our-super-absorbent-soft-machine-washable-state-map-towel-is-stain-wrinkle-resistant?_pos=2&_sid=dae2c788a&_ss=r

https://www.zentrallc.com/products/fish-kiss®-16x24-map-dish-towel-is-of-100-microfiber-waffle-weave-making-it-super-absorbent-soft-machine-washable-map-kitchen-towel-map-dish-cloth-is-multi-purpose?_pos=1&_sid=dae2c788a&_ss=r

https://www.zentrallc.com/products/fish-kiss®-16x24-map-dish-towel-is-of-100-microfiber-waffle-weave-making-it-super-absorbent-soft-machine-washable-map-kitchen-towel-map-dish-cloth-is-multi-purpose?variant=47265835548839

https://www.zentrallc.com/products/fish-kiss®-16x24-map-dish-towel-is-of-100-microfiber-waffle-weave-making-it-super-absorbent-soft-machine-washable-map-kitchen-towel-map-dish-cloth-is-multi-purpose?variant=47265836040359

https://www.zentrallc.com/products/fish-kiss®-16x24-map-dish-towel-is-of-100-microfiber-waffle-weave-making-it-super-absorbent-soft-machine-washable-map-kitchen-towel-map-dish-cloth-is-multi-purpose?variant=47265836105895

https://www.zentrallc.com/products/wet-it-swedish-dishcloth-states-reusable-paper-towels-highly-absorbent-biodegradable-dish-cloths-non-scratch-durable-machine-washable-cleaning-towels?_pos=2&_sid=d7ec672b8&_ss=r&variant=47265846689959

https://www.zentrallc.com/products/fish-kiss-16x24-map-towel-is-100-microfiber-waffle-weave-help-you-explore-in-detail-our-super-absorbent-soft-machine-washable-state-map-towel-is-stain-wrinkle-resistant?variant=47265833975975