# EXHIBIT J

**MAINE**
2 VICTORIA LANE
FALMOUTH, ME 04105

DANCHUK
LAW, LLC

EMILY A. DANCHUK, ESQ.

**NEW YORK**
244 FIFTH AVE, STE E121
NEW YORK, NY 10001

**VIA EMAIL ONLY**

May 6, 2026

Faire Wholesale, Inc.
Attn: Legal Department
100 Potrero Ave
San Francisco, CA 94103

Email: copyrights@faire.com, support@faire.com

**RE: Notice of Trademark Infringement and Demand for Removal of Listings – Swedish Treasures, LLC d/b/a Wet-it! / FISH KISS® (U.S. Reg. No. 5,027,160); Notice of Textile Fiber Products Identification Act Violations; and Notice of False Country-of-Origin Advertising**

Dear Faire Legal Department:

I represent Fish Kiss, Inc. in its legal matters. I write to provide Faire Wholesale, Inc. ("Faire") with notice of (1) trademark infringement under the Lanham Act being committed by Swedish Treasures, LLC d/b/a Wet-it! ("Wet-it!") through its Faire storefront; (2) violations of the Textile Fiber Products Identification Act ("TFPIA"), 15 U.S.C. § 70 *et seq.*, appearing on the face of Wet-it!'s product labels; and (3) materially false country-of-origin advertising appearing in Wet-it!'s product listings on the Faire platform. We demand that Faire immediately remove all Wet-it! listings that use or reference the FISH KISS trademark.

**I. THE FISH KISS TRADEMARK**

Fish Kiss, Inc. is the owner of U.S. Trademark Registration No. 5,027,160 for the mark FISH KISS, registered for use in connection with "tea towels" in International Class 24 (the "FISH KISS Mark"). This registration is valid, subsisting, and in full force and effect. The FISH KISS Mark is distinctive and has been used continuously in commerce in connection with home goods and textile products, including kitchen and multi-use towels, in direct competition with the products Wet-it! is offering on the Faire platform. I attach a copy of the registration for the FISH KISS Mark. A digital copy of the trademark registration is accessible via the USPTO's Trademark Electronic Search System (TESS) at https://tsdr.uspto.gov/documentviewer?caseId=sn86879847&docId=ORC20160807031025&linkId=7#docIndex=6&page=1.

## II. WET-IT!'S INFRINGING CONDUCT

Swedish Treasures, LLC d/b/a Wet-it! ("Wet-it!"), a seller on the Faire platform operating out of Forest City, North Carolina, is currently offering for sale and selling textile products – including, without limitation, a product listed as the "Michigan Tea Towel" with a URL of https://www.faire.com/product/p_mqk47vgq2c) – in listings that prominently and explicitly use the FISH KISS Mark without authorization. Specifically, Wet-it!'s product descriptions contain the phrase "Replacing Fish Kiss," and/or Wet-it!'s product keyword metadata includes the term "fishkiss." As a previous licensee, Wet-it!'s statement is extremely likely to cause consumer confusion, as it strongly implies a continuing association between Wet-it! and falsely insinuates that the Fish Kiss product is no longer available and/or that the Fish Kiss brand is retiring. These uses constitute infringement of the registered FISH KISS Mark as well as false designation of origin.

Wet-it!'s use of FISH KISS in this manner constitutes trademark infringement under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), and unfair competition and false designation of origin under Section 43(a), 15 U.S.C. § 1125(a). The phrase "Replacing Fish Kiss" is particularly egregious: it is not merely a reference to Fish Kiss as a competitor, but an explicit invocation of the registered mark in a manner calculated to suggest authorized succession, consumer transition, and brand continuity – none of which exists. The use of "fishkiss" as a search keyword independently constitutes infringing use in commerce in advertising and promotion. Wet-it! has had full and actual knowledge of the FISH KISS Mark at all relevant times and is now using its previous relationship with Fish Kiss as false leverage.

We further note that review of Wet-it!'s Faire storefront reveals that this conduct is not limited to a single listing. Wet-it!'s "Pippa State Collection" listings can be found at https://www.faire.com/product-based-collection/pbc_t24pxxdren; there are a plethora of product listings with infringing use of the FISH KISS Mark. Accordingly, this demand extends to all Wet-it! listings on the Faire platform that use the FISH KISS Mark in any form, including in product descriptions, keywords, metadata, collection names, or any other field.

## III. TEXTILE FIBER PRODUCTS IDENTIFICATION ACT VIOLATIONS

We additionally bring to Faire's attention that Wet-it!'s tea towel products are non-compliant with the mandatory labeling requirements of the Textile Fiber Products Identification Act, 15 U.S.C. §§ 70–70k, 15 U.S.C. § 70b(a); 16 C.F.R. § 303.33. and its implementing regulations at 16 C.F.R. Part 303. Below are images of the front and back of the only label affixed to Wet-it!'s goods. Specifically, the product labels attached to Wet-it!'s towels display fiber content information ("Composition: 80% polyester 20% polyamide") and a website address (www.wetcloths.com), but conspicuously omit the country of origin, which is a mandatory disclosure under the TFPIA. The omission of country-of-origin information on a textile product label is an unlawful act under the TFPIA and is subject to enforcement by the Federal Trade Commission.






**IV. FALSE COUNTRY-OF-ORIGIN ADVERTISING**

We further draw Faire's attention to a material misrepresentation appearing in the product detail section of Wet-it!'s listings. The Faire listing for the Michigan Tea Towel listing located at https://www.faire.com/product/p_mqk47vgq2c?bQ=michigan%20tea%20towel&refB=b_6ht9wqc9mc) states "Made in United States" in the product details, yet the listing description directly above that statement reads "Towel imported." Additionally, the product labels affixed to the physical goods bear fiber content information consistent with offshore manufacturing. These representations are facially contradictory, and at least one is false. To the extent Wet-it! is representing to Faire and to consumers that its products are made in the United States when they are in fact imported, this constitutes a materially false and misleading commercial representation in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B), as well as potentially applicable FTC regulations governing country-of-origin claims, 16 C.F.R. Part 323.

**V. ANTICIPATED LITIGATION**

Fish Kiss will be initiating federal litigation against Wet-it! in the next few weeks for, *inter alia*, copyright and trademark infringement, false designation of origin, unfair competition and breach of contract. We are hopeful that Faire will cooperate with our demands to mitigate ongoing harm and to preserve the integrity of its marketplace.

**VI. DEMAND FOR IMMEDIATE ACTION**

Given the foregoing, we hereby require Faire to take the following actions:

1. Remove and delist all Wet-it! listings on the Faire platform that contain the terms "Fish Kiss," "fishkiss," or any colorable variation thereof, in any field including product descriptions, titles, keywords, tags, or metadata;

2. Remove any Wet-it! listings that state or represent, directly or by implication, that Wet-it!'s products are "replacing" or succeeding any Fish Kiss product or product line; and

3. Remove any Wet-it! listings that represent the subject products as "Made in United States" or made in America, where such representation is contradicted by other information in the

listing or is otherwise false, including any listing in which the description simultaneously states, “Towel imported”.

We appreciate Faire’s prompt attention to this matter and look forward to your confirmation of compliance. Please direct all correspondence regarding this matter to the undersigned.

Sincerely,

*/s/ Emily A. Danchuk*
Emily A. Danchuk