# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Fish Kiss, Inc.

*Plaintiff*

**v.**

Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1-3,

*Defendant*

**Civil Action No.** 1:26-cv-00243-MOC-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***
Joanna Philippa Kidd
191 Briarwood Drive
Rutherfordton, NC 28139

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Scottie F. Lee
Ellis & Winters LLP
P.O. Box 2752
Greensboro, North Carolina 27402
Scottie.Lee@elliswinters.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 8/26/2026

**Civil Action No.** 1:26-cv-00243-MOC-WCM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***
**__________________________________________**
**was received by me on *(date)* _________________________________________.**

❏ **I personally served the summons on the defendant at**
***(place)*_________________________________________________________________________________**
**on *(date)* _____________________________________; or**

❏ **I left the summons at the individual's residence or usual place of abode with *(name)***
**________________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❏ **I served the summons on *(name of individual)* ______________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)***
**________________________ on *(date)* ________________________; or**

❏ **I returned the summons unexecuted because _________________________________________; or**

❏ **Other *(specify)*:**
**_______________________________________________________________________________**

**My fees are $ ___________________ for travel and $ ____________________ for services, for a total of $_____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________** **_________________________________________________**
**Server's signature**

**_________________________________________________**
**Printed name and title**

**_________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**

**UNITED STATES DISTRICT COURT**
**for the**
**Western District of North Carolina**

Fish Kiss, Inc.

*Plaintiff*
**v.**

Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1-3,

*Defendant*

**Civil Action No.** 1:26-cv-00243-MOC-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***
Swedish Treasures, LLC
c/o Louise Mathilda Davies, Registered Agent
701 Withrow Road
Forest City, NC 28043

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Scottie F. Lee
Ellis & Winters LLP
P.O. Box 2752
Greensboro, North Carolina 27402
Scottie.Lee@elliswinters.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 8/26/2026

**Civil Action No.** 1:26-cv-00243-MOC-WCM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***
**________________________________________**
**was received by me on *(date)* _______________________________________.**

❑ **I personally served the summons on the defendant at**
***(place)*__________________________________________________________________________**
**on *(date)* ____________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)***
**______________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* _____________________________________________,**
**who is designated by law to accept service of process on behalf of *(name of organization)***
**________________________ on *(date)* ________________________; or**

❑ **I returned the summons unexecuted because ________________________________________; or**

❑ **Other *(specify)*:**
**_____________________________________________________________________________**

**My fees are $ __________________ for travel and $ ___________________ for services, for a total of $____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________**

**________________________________________________**
**Server's signature**

**________________________________________________**
**Printed name and title**

**________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Fish Kiss, Inc.

*Plaintiff*

**v.**

Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1-3,

*Defendant*

**Civil Action No.** 1:26-cv-00243-MOC-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***
Louise Mathilda Davies
259 Ridgeview Drive
Rutherfordton, NC 28139

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Scottie F. Lee
Ellis & Winters LLP
P.O. Box 2752
Greensboro, North Carolina 27402
Scottie.Lee@elliswinters.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 8/26/2026

**Civil Action No.** 1:26-cv-00243-MOC-WCM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***
**_________________________________________**
**was received by me on *(date)* ________________________________________.**

❑ **I personally served the summons on the defendant at**
***(place)*________________________________________________________________________________**
**on *(date)* _____________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)***
**________________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* _____________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)***
**________________________ on *(date)* ________________________; or**

❑ **I returned the summons unexecuted because _________________________________________; or**

❑ **Other *(specify)*:**
**_______________________________________________________________________________**

**My fees are $ ___________________ for travel and $ ____________________ for services, for a total of $_____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________** **_________________________________________________**
**Server's signature**

**_________________________________________________**
**Printed name and title**

**_________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**

**UNITED STATES DISTRICT COURT**
**for the**
**Western District of North Carolina**

Fish Kiss, Inc.

*Plaintiff*
**v.**

Swedish Treasures, LLC, d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1-3,

*Defendant*

**Civil Action No.** 1:26-cv-00243-MOC-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***
Zentra LLC
c/o Hayden Rose, Registered Agent
110 Associates Lane
Indian Trail, NC 28079

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Scottie F. Lee
Ellis & Winters LLP
P.O. Box 2752
Greensboro, North Carolina 27402
Scottie.Lee@elliswinters.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF NORTH CAROLINA

Katherine Hord Simon, Clerk
United States District Court

Date 8/26/2026

**Civil Action No.** 1:26-cv-00243-MOC-WCM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***

**________________________________________**

**was received by me on *(date)* _______________________________________.**

❑ **I personally served the summons on the defendant at *(place)*________________________________________________________________ on *(date)* ____________________________________; or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)* _______________________________________________, a person of suitable age and discretion who resides there, on *(date)* __________________________, and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)* _____________________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ________________________ on *(date)* ________________________; or**

❑ **I returned the summons unexecuted because ________________________________________; or**

❑ **Other *(specify)*:**
**______________________________________________________________________________**

**My fees are $ __________________ for travel and $ ___________________ for services, for a total of $____________________.**

**I declare under penalty of perjury that this information is true.**

**Date:___________________________** **________________________________________________**
**Server's signature**

**________________________________________________**
**Printed name and title**

**________________________________________________**
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Fish Kiss, Inc.

*Plaintiff*
v.

Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1-3,

*Defendant*

**Civil Action No.** 1:26-cv-00243-MOC-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Charles Justin Davies
259 Ridgeview Drive
Rutherfordton, NC 28139

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Scottie F. Lee
Ellis & Winters LLP
P.O. Box 2752
Greensboro, North Carolina 27402
Scottie.Lee@elliswinters.com

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date 8/26/2026

**Civil Action No.** 1:26-cv-00243-MOC-WCM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

**This summon for *(name of individual and title, if any)***

______________________________

**was received by me on *(date)*** ______________________________.

❑ **I personally served the summons on the defendant at**
***(place)*** ______________________________
**on *(date)*** ______________________________; **or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)***
______________________________, **a person of suitable age and discretion who resides there, on *(date)*** ______________________________, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)*** ______________________________,
**who is designated by law to accept service of process on behalf of *(name of organization)***
______________________________ **on *(date)*** ______________________________; **or**

❑ **I returned the summons unexecuted because** ______________________________; **or**

❑ **Other *(specify)*:**

______________________________

**My fees are $** ____________ **for travel and $** ____________ **for services, for a total of $**____________.

**I declare under penalty of perjury that this information is true.**

**Date:**______________________ ______________________________
**Server's signature**

______________________________
**Printed name and title**

______________________________
**Server's address**

**Additional information regarding attempted service, etc:**