**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 26-cv-000243**

| | |
|---|---|
| FISH KISS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SWEDISH TREASURES, LLC d/b/a WET-IT!; CHARLES JUSTIN DAVIES; LOUISE MATHILDA DAVIES; JOANNA PHILIPPA KIDD; ZENTRA LLC; and DOES 1–3,<br><br>Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME** |

Defendant Zentra LLC ("Zentra"), by and through the undersigned counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves the Court for entry of an Order extending the time in which Zentra may file an Answer or other responsive pleading in response to Plaintiff Fish Kiss, Inc.'s ("Plaintiff") Complaint (ECF No.1, the "Complaint"). In support of this Motion, Zentra states as follows:

1. Plaintiff filed the Complaint on August 21, 2026. (ECF No. 1).

2. Zentra was served with a copy of the Complaint on September 4, 2026.

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Zentra's Answer or other responsive pleading is currently due on September 25, 2026. Thus, the time in which to respond to the Complaint has not yet expired.

4. Zentra engaged the undersigned counsel to represent it in this matter on September 11, 2026.

5. Zentra requires additional time to respond to the Complaint, which is sixty-five pages long and contains numerous exhibits, due to counsel's preexisting obligations in other cases, and additionally, counsel for Zentra has been dealing with unplanned family medical issues that have necessitated unexpected out-of-state travel and additional time away from the office.

6. Zentra consulted Plaintiff on this request for extension until November 1, 2026, and Plaintiff consents to the relief requested herein.

7. Good cause exists here as Zentra worked diligently to obtain counsel upon receiving a copy of the Complaint and has since worked diligently to formulate a response.

8. Zentra is not requesting this extension to unnecessarily delay this action, and there are no other existing deadlines in this matter which would be affected by the relief requested herein.

WHEREFORE, Defendant Zentra respectfully requests that the Court enter an Order extending the time in which Zentra may file an Answer or other pleading responsive to the Complaint through and including November 1, 2026.

This the 21st day of September, 2026.

*/s/ Jeffrey S. Southerland*
Jeffrey S. Southerland
N.C. State Bar No. 34221

jsoutherland@tuggleduggins.com
Daniel D. Stratton
N.C. State Bar No. 52416
dstratton@tuggleduggins.com
Claire E. Grantham
N.C. State Bar No. 61140
cgrantham@tuggleduggins.com
*Attorneys for Defendant Zentra LLC*

OF COUNSEL:

TUGGLE DUGGINS P.A.
400 Bellemeade Street, Suite 800 (27401)
P.O. Box 2888
Greensboro, NC 27402
Telephone: 336-378-1431
Facsimile: 336-274-6590

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Consent Motion for Extension of Time** was on this date served on all counsel of record through the Court's CM/ECF system.

This the 21st day of September, 2026.


*/s/ Jeffrey S. Southerland*
Jeffrey S. Southerland
N.C. State Bar No. 34221
jsoutherland@tuggleduggins.com
Daniel D. Stratton
N.C. State Bar No. 52416
dstratton@tuggleduggins.com
Claire E. Grantham
N.C. State Bar No. 61140
cgrantham@tuggleduggins.com
*Attorneys for Defendant Zentra LLC*

OF COUNSEL:

TUGGLE DUGGINS P.A.
400 Bellemeade Street, Suite 800 (27401)
P.O. Box 2888
Greensboro, NC 27402
Telephone: 336-378-1431
Facsimile: 336-274-6590