**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | |
|---|---|
| FISH KISS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH TREASURES, LLC d/b/a WET-IT!; CHARLES JUSTIN DAVIES; LOUISE MATHILDA DAVIES; JOANNA PHILIPPA KIDD; ZENTRA LLC; and DOES 1–3,<br><br>Defendants. | CIVIL ACTION NO.<br>1:26-cv-00243-MOC-WCM<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**DEFENDANTS SWEDISH TREASURES, LLC d/b/a WET-IT!, CHARLES JUSTIN DAVIES, AND LOUISE MATHILDA DAVIES' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Swedish Treasures, LLC d/b/a Wet-It! ("Wet-It"), Charles Justin Davies, and Louise Mathilda Davies (collectively, the "Moving Defendants"), by and through undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, respectfully move the Court for an order extending by forty-five (45) days the deadline for the Moving Defendants to answer or otherwise respond to Plaintiff's Complaint, through and including Monday, November 9, 2026. In support of this Motion, the Moving Defendants show the Court as follows:

1.Plaintiff Fish Kiss, Inc. ("Plaintiff") filed its Complaint on August 21, 2026 ECF 1. The Complaint is sixty-five pages long, contains 228 numbered paragraphs, asserts eleven causes of action under the Copyright Act, the Lanham Act, the Textile Fiber Products Identification Act, and North Carolina statutory and common law, and references ten exhibits.

2.The Moving Defendants were served with the Summons and Complaint on September 4, 2026. Their deadline to answer or otherwise respond is therefore September 25, 2026. See Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Good cause exists for the requested extension. The claims asserted arise out of a multi-year commercial relationship governed by two separate license agreements spanning 2023 through 2026 and implicate forty-six asserted copyright registrations, two asserted trademark registrations, and a substantial volume of correspondence, financial records, and business records. Counsel requires additional time to complete a review of those materials, investigate the factual allegations in the Complaint, confer with the Moving Defendants, and evaluate and prepare the appropriate response, including any motions under Rule 12 and any counterclaims.

4. The requested extension will not prejudice any party. This case is in its earliest stage. No Initial Attorneys' Conference has been held, no Pretrial Order and Case Management Plan has been entered, no discovery has been served, and no hearing or trial date has been set. The requested extension will not affect any other deadline in this case.

5. This is the Moving Defendants' first request for an extension of the deadline to respond to the Complaint. No prior extension has been requested or granted.

6. This Motion is made in good faith and not for the purpose of delay.

7. A proposed order is submitted with this Motion in accordance with LCvR 5.2.1(b) and LCvR 7.1(g).

8. Undersigned counsel requested Plaintiff's consent to the proposed 45-day extension by email on September 17, 2026. Counsel for Plaintiff confirmed consent by email on September 19, 2026, to extending Defendants' deadline to respond to the Complaint from

September 25, 2026, to November 9, 2026. A copy of the email confirming Plaintiff's consent is attached hereto as Exhibit 1.

9. By filing this Motion, the Moving Defendants do not waive, and expressly reserve, all defenses, objections, and responses available to them under Rule 12 of the Federal Rules of Civil Procedure and otherwise, including any defense of lack of jurisdiction, insufficient process, insufficient service of process, and improper venue.

WHEREFORE, the Moving Defendants respectfully request that the Court enter an order extending the deadline for Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, and Louise Mathilda Davies to answer or otherwise respond to the Complaint through and including November 9, 2026, and granting such other and further relief as the Court deems just and proper.

This the 21st day of September, 2026.

Respectfully submitted,

AVONTIS

*/s/ Ray Ashburg*
Ray Ashburg
N.C. State Bar No. 31371
112 S. Tryon Street, Suite 809
Charlotte, North Carolina 28284
Telephone: (704) 408-2530
Ashburg@AvontisLaw.com

Attorneys for Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, and Louise Mathilda Davies

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Scottie Forbes Lee
ELLIS & WINTERS LLP
Post Office Box 2752
Greensboro, North Carolina 27402
scottie.lee@elliswinters.com
Attorney for Plaintiff Fish Kiss, Inc.

This the 21st day of September, 2026.

*/s/ Ray Ashburg*
Ray Ashburg
AVONTIS