Outlook

**RE: Fish Kiss, Inc. v. Swedish Treasures, LLC, et al., Civil Action No. 1:26-cv-00243-MOC-WCM | AVONTIS Matter No. 1377.05 — Request for 45-Day Extension to Respond to Complaint**

**From** Scottie F. Lee <Scottie.Lee@elliswinters.com>
**Date** Sat 9/19/2026 12:40 PM
**To** Ray Ashburg <ashburg@avontislaw.com>; Crystal L. Boyd <Crystal.Boyd@elliswinters.com>
**Cc** Shabnam Hajian <hajian@avontislaw.com>; Lekeaka Defang <defang@avontislaw.com>; Sheetal Devendra <devendra@avontislaw.com>; Ashley Haberland <haberland@avontislaw.com>; Emily Danchuk <emily@emilyesquire.com>

Ray:

Fish Kiss consents to a 45-day extension of time.

Scottie Lee | Attorney
scottie.lee@elliswinters.com
P 336.217.4085 M 252.333.2351

ELLIS | WINTERS

ELLIS & WINTERS LLP
300 North Greene Street, Suite 800 | Greensboro, NC 27401
P.O. Box 2752 | Greensboro, NC 27402
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

---

**From:** Ray Ashburg <ashburg@avontislaw.com>
**Sent:** Thursday, September 17, 2026 5:49 PM
**To:** Scottie F. Lee <Scottie.Lee@elliswinters.com>; Crystal L. Boyd <Crystal.Boyd@elliswinters.com>
**Cc:** Shabnam Hajian <hajian@avontislaw.com>; Lekeaka Defang <defang@avontislaw.com>; Sheetal Devendra <devendra@avontislaw.com>; Ashley Haberland <haberland@avontislaw.com>; Ray Ashburg <ashburg@avontislaw.com>
**Subject:** Fish Kiss, Inc. v. Swedish Treasures, LLC, et al., Civil Action No. 1:26-cv-00243-MOC-WCM | AVONTIS Matter No. 1377.05 — Request for 45-Day Extension to Respond to Complaint
**Importance:** High

Counsel,

We represent Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, and Louise Mathilda Davies (collectively, the "Defendants").

We are writing to request Plaintiff's consent to a **45-day extension of Defendants' deadline to answer, move, or otherwise respond to the Complaint**. The requested extension would provide Defendants and counsel sufficient time to review the allegations and relevant materials and prepare an appropriate response.

Please let us know whether Plaintiff will consent to the requested 45-day extension. If Plaintiff does not consent, we intend to seek relief from the Court. Our contemplated motion currently requests a **30-day extension pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 7.1**, through and including **Monday, October 26, 2026**.

We would prefer to resolve the scheduling issue by agreement and avoid unnecessary motion practice. Please let us know Plaintiff's position at your earliest convenience.

Thank you,

Avontis

Ray Ashburg, Managing Member
Licensed in NC & TX
**Charlotte Office:** 112 S. Tryon Street, Suite 809
Charlotte, NC 28284
Telephone: 704-408-2530
**Houston Office:** 801 Louisiana Street, Suite 304
Houston, Texas 77002
Telephone: 713-502-6530
**NYC Office:** 1177 6th Ave, Suite 5013
New York City, NY 10036
Ashburg@AvontisLaw.com
**www.AvontisLaw.com**

AVONTIS