**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | |
|---|---|
| FISH KISS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH TREASURES, LLC d/b/a WET-IT!; CHARLES JUSTIN DAVIES; LOUISE MATHILDA DAVIES; JOANNA PHILIPPA KIDD; ZENTRA LLC; and DOES 1–3,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-00243-MOC-WCM<br><br>**CERTIFICATE OF SERVICE OF CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

I hereby certify that on the date set forth below, I served the Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, and Louise Mathilda Davies' Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (ECF 9) through the Court's CM/ECF system upon the following counsel for Defendant Zentra LLC:

Jeffrey S. Southerland
jsoutherland@tuggleduggins.com

Claire E. Grantham
cgrantham@tuggleduggins.com

TUGGLE DUGGINS P.A.
400 Bellemeade Street, Suite 800
Greensboro, North Carolina 27401

This the 21st day of September, 2026.

*/s/ Ray Ashburg*
Ray Ashburg

N.C. State Bar No. 31371
112 S. Tryon Street, Suite 809
Charlotte, North Carolina 28284
Telephone: (704) 408-2530
Ashburg@AvontisLaw.com

Attorneys for Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, and Louise Mathilda Davies