**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Civil Action No. 1:26-cv-000243-MOC-WCM**

| | |
|---|---|
| Fish Kiss, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1–3,<br><br>Defendants. | **AFFIDAVIT OF SERVICE** |

Crystal Boyd, being first duly sworn, deposes and says:

1. I am a paralegal employed by the firm of Ellis & Winters LLP, counsel for Plaintiff. Except where otherwise noted below, this affidavit is based upon my personal knowledge.

2. On August 21, 2026, the Complaint with supporting exhibits A through J, and Plaintiff's Corporate Disclosures were filed in this matter.

3. On August 24, 2026, the Court filed a Report on Filing or Determination of an Action or Appeal regarding a Copyright.

4. On August 26, 2026, the Summonses were issued by the court as to all Defendants.

5. On September 2, 2026, a copy of the Summons, Complaint with supporting exhibits A through J, Plaintiff's Corporate Disclosures, Court's Case

Assignment and Notice Package, Report on Filing or Determination of Action or Appeal regarding a Copyright, and Standing Order regarding Use of Artificial Intelligence were enclosed in an envelope property addressed to defendant Charles Davies, 259 Ridgeview Drive, Rutherfordton, North Carolina 28139, and deposited with the United States Postal Service, via certified mail, return receipt requested (USPS Tracking Number 9402 8401 0962 8001 1439 30), a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2). The package was delivered to Charles Davies on September 4, 2026. A copy of the proof of delivery is attached hereto as **Exhibit A** and incorporated herein by reference.

6. On September 2, 2026, a copy of the Summons, Complaint with supporting exhibits A through J, Plaintiff's Corporate Disclosures, Court's Case Assignment and Notice Package, Report on Filing or Determination of Action or Appeal regarding a Copyright, and Standing Order regarding Use of Artificial Intelligence were enclosed in an envelope property addressed to defendant Louise Davies, 259 Ridgeview Drive, Rutherfordton, North Carolina 28139, and deposited with the United States Postal Service, via certified mail, return receipt requested (USPS Tracking Number 9402 8401 0962 8001 1439 78), a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2). The package was delivered to Louise Davies on September 4, 2026. A copy of the proof of delivery is attached hereto as **Exhibit B** and incorporated herein by reference.

7. On September 2, 2026, a copy of the Summons, Complaint with supporting exhibits A through J, Plaintiff's Corporate Disclosures, Court's Case

Assignment and Notice Package, Report on Filing or Determination of Action or Appeal regarding a Copyright, and Standing Order regarding Use of Artificial Intelligence were enclosed in an envelope property addressed to defendant Swedish Treasures, LLC, c/o Louise Davies, Registered Agent, 701 Withrow Road, Forest City, North Carolina 28043, and deposited with the United States Postal Service, via certified mail, return receipt requested (USPS Tracking Number 9402 8401 0962 8001 1440 29), a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2). The package was delivered to Swedish Treasures, LLC, c/o Louise Davies, Registered Agent on September 4, 2026. A copy of the proof of delivery is attached hereto as **Exhibit C** and incorporated herein by reference.

8. On September 2, 2026, a copy of the Summons, Complaint with supporting exhibits A through J, Plaintiff's Corporate Disclosures, Court's Case Assignment and Notice Package, Report on Filing or Determination of Action or Appeal regarding a Copyright, and Standing Order regarding Use of Artificial Intelligence were enclosed in an envelope property addressed to defendant Zentra, LLC, c/o Hayden Rose, Registered Agent, 110 Associates Lane, Indian Trail, North Carolina 28079, and deposited with the United States Postal Service, via certified mail, return receipt requested (USPS Tracking Number 9402 8401 0962 8001 1440 43), a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2). The package was delivered to Zentra, LLC, c/o Hayden Rose, Registered Agent on September 4, 2026. A copy of the proof of delivery is attached hereto as **Exhibit D** and incorporated herein by reference.

Further affiant sayeth not.

This the 13 day of October, 2026.

Crystal Boyd
Crystal Boyd, Affiant

STATE OF NORTH CAROLINA

COUNTY OF GUILFORD

Sworn to and subscribed before me by Crystal Boyd; I have personal knowledge of the identity of the principal; and who acknowledged to me that she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated.

Date: 10/13/2026.

(Official Signature of Notary)

Hannah Fleming, Notary Public
(Printed or Typed Name)

My commission expires: 11/05/2029.

NOTARIAL SEAL

HANNAH FLEMING
My Comm. Expires
NOTARY PUBLIC
November 5, 2029
ROCKINGHAM COUNTY, NC