# EXHIBIT A

**Crystal L. Boyd**

| | |
|---|---|
| **From:** | no-reply@pb.com |
| **Sent:** | Thursday, September 10, 2026 4:12 AM |
| **To:** | Crystal L. Boyd |
| **Subject:** | View your certified proof of delivery signature |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Scottie |

ⓘ External email ❯

pitney bowes [PitneyShip™ Portfolio]

# Your Proof of Delivery is ready.

Your item's proof of delivery signature for tracking number 9402840109628001143930 is ready. All you need to do is sign into your PitneyShip™ Portfolio account to view your sending history report.

View Delivery Signature Now

## Shipment details

| | |
|---|---|
| **Tracking number:** | 9402840109628001143930 |
| **Delivered on:** | September 4, 2026 |
| **Memo:** | |
| **Delivery address** | CHARLES DAVIES<br>259 RIDGEVIEW DR<br>RUTHERFORDTON, NC 28139-7253<br>US |

pitney bowes

This email is an auto-generated message from an unmonitored email account.

This message was distributed by Pitney Bowes Inc., World Headquarters, 3001 Summer St., Stamford CT 06926. Pitney Bowes, the Corporate Logo and Product Name? are trademarks of Pitney Bowes Inc. or a subsidiary. All other marks are the

intellectual property of their respective owners. Use of your email address is governed by the Pitney Bowes Privacy Policy.

2026 Pitney Bowes Inc. All rights reserved.