# EXHIBIT D

**Crystal L. Boyd**

| | |
|---|---|
| **From:** | no-reply@pb.com |
| **Sent:** | Saturday, September 5, 2026 5:08 AM |
| **To:** | Crystal L. Boyd |
| **Subject:** | Shipment Delivered |

ⓘ External email ❯

View details below.

view as webpage

pitney bowes

# Your package has been delivered

Your package from Ellis & Winters LLP has been delivered. Please see details below.

## Shipment delivery details

| | |
|---|---|
| Tracking number: | 9402840109628001144043 |
| Carrier: | usps |
| Service: | Priority Mail® |
| Delivery date: | 2026-09-04 |
| Delivery address: | 110 Associate Ln Indian Trail NC 28079-7627 US |
| Shipped on: | 2026-09-02 |
| Sender Name: | Crystal Boyd |
| Sender Company: | Ellis & Winters LLP |
| Recipient Name: | Hayden Rose, Reg. Agent |

Recipient Company: Zentra, LLC

Learn more about sending solutions available from Pitney Bowes

pitneybowes.com/us Contact us

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

This message was distributed by Pitney Bowes Inc., World Headquarters, 3001 Summer Street, Stamford, CT 06926-0700. Pitney Bowes, the Corporate logo, and SendPro are trademarks of Pitney Bowes Inc. or a subsidiary. All other trademarks are the property of their respective owners.

Your email address was provided by you to Pitney Bowes, and use of your email address is governed by the Pitney Bowes Privacy Policy.

© 2026 Pitney Bowes Inc. All rights reserved.