**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO. 1:26-cv-00243-MOC-WCM**

| | | |
|---|---|---|
| FISH KISS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH TREASURES, LLC d/b/a WET-IT!; CHARLES JUSTIN DAVIES; LOUISE MATHILDA DAVIES; JOANNA PHILIPPA KIDD; ZENTRA LLC; and DOES 1–3,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT LOUISE MATHILDA DAVIES**<br>**PARTIAL MOTION TO DISMISS**<br>**(Fed. R. Civ. P. 12(b)(6))** |

Defendant Louise Mathilda Davies ("Mathilda Davies"), by and through undersigned counsel, respectfully moves the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the following claims asserted against her in the Complaint (ECF No. 1) filed by Plaintiff Fish Kiss, Inc. ("Plaintiff" or "Fish Kiss"), for failure to state a claim upon which relief can be granted:

1. **Counts I and II (standing)** (copyright infringement — lack of ownership) fail because the Complaint and its exhibits do not plausibly establish that Plaintiff Fish Kiss, Inc. is the legal or beneficial owner of the asserted copyrights under 17 U.S.C. § 501(b): the registrations name only "Fish Kiss" as author and claimant, Plaintiff alleges that Anne Klein authored the works, no writing transfers any copyright from Ms. Klein, and the only instrument on which Plaintiff relies is a "Confirmatory Copyright Assignment" executed on August 12, 2026 by a limited liability company that had been dissolved more than five years earlier.

2. **Count I** (direct copyright infringement) fails as to Mathilda Davies because the Complaint attributes no act of copying, reproduction, distribution, or display to her personally and instead relies on collective references to "the Davieses" and "Defendants".

3. **Count VII** (breach of fiduciary duty) fails because Mathilda Davies is not a party to either license agreement and owes no fiduciary duty to Fish Kiss.

4. **Count VIII** (unfair and deceptive trade practices, N.C. Gen. Stat. § 75-1.1) fails because no unfair or deceptive act by Mathilda Davies is alleged and the claim is a repackaged breach-of-contract claim against Wet-It.

5. **Count X** (tortious interference with contract and business relations) fails because no act of interference by Mathilda Davies with any identified contract or prospective contract is alleged.

6. The grounds for this Motion are set forth with particularity in the Brief in Support filed contemporaneously herewith pursuant to LCvR 7.1(c), which is incorporated herein by reference. The exhibits on which this Motion relies were attached to the Complaint and are incorporated by reference to the docket entry, exhibit number, and page pursuant to LCvR 7.1(c)(3).

7. Because this is a dispositive motion, consultation with opposing counsel is not required. LCvR 7.1(b)(1).

8. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the service of this Motion alters the time to serve a responsive pleading, and Mathilda Davies will serve an Answer to the Complaint within fourteen (14) days after notice of the Court's action on this Motion. Mathilda Davies expressly reserves, and does not waive, all defenses, objections, affirmative defenses, and

counterclaims available under Rules 8, 12, and 13 of the Federal Rules of Civil Procedure and otherwise.

WHEREFORE, Mathilda Davies respectfully requests that the Court (1) grant this Motion; (2) dismiss Counts I and II (standing); Count I; Count VII; Count VIII; Count X of the Complaint as against Mathilda Davies, as set forth above; and (3) grant such other and further relief as the Court deems just and proper.

This the 26th day of October, 2026.

s/ Ray Ashburg
Ray Ashburg
N.C. State Bar No. 31371
Attorney for Defendant Louise Mathilda Davies
AVONTIS | Attorneys & Counselors at Law
112 S. Tryon Street, Suite 809
Charlotte, North Carolina 28284
Telephone: (704) 408-2530
Facsimile: (704) 280-1245
Ashburg@AvontisLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Scottie Forbes Lee
ELLIS & WINTERS LLP
Post Office Box 2752
Greensboro, North Carolina 27402
scottie.lee@elliswinters.com
Attorney for Plaintiff Fish Kiss, Inc.

Jeffrey S. Southerland
Daniel D. Stratton
Claire E. Grantham
TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, North Carolina 27402
jsoutherland@tuggleduggins.com
dstratton@tuggleduggins.com
cgrantham@tuggleduggins.com
Attorneys for Defendant Zentra LLC

This the 26th day of October, 2026.

s/ Ray Ashburg
Ray Ashburg
N.C. State Bar No. 31371
Attorney for Defendant Louise Mathilda Davies
AVONTIS | Attorneys & Counselors at Law
112 S. Tryon Street, Suite 809
Charlotte, North Carolina 28284
Telephone: (704) 408-2530
Facsimile: (704) 280-1245
Ashburg@AvontisLaw.com