**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 26-cv-000243**

| | |
|---|---|
| FISH KISS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SWEDISH TREASURES, LLC d/b/a WET-IT!; CHARLES JUSTIN DAVIES; LOUISE MATHILDA DAVIES; JOANNA PHILIPPA KIDD; ZENTRA LLC; and DOES 1–3,<br><br>Defendants. | **MOTION FOR A MORE DEFINITE STATEMENT** |

NOW COMES Defendant Zentra LLC ("Zentra"), by and through undersigned counsel and pursuant to Rules 12(e) of the Federal Rules of Civil Procedure, and hereby moves for a more definite statement of the Complaint filed by Plaintiff Fish Kiss, Inc. ("Plaintiff"). Zentra moves for a more definite statement because the Complaint is so vague or ambiguous that Zentra cannot reasonably prepare a response.

In accordance with L.R. 7.1(b), counsel for Zentra conferred with counsel for Plaintiff in good faith, but the parties have been unable to resolve their areas of disagreement.

WHEREFORE, Zentra respectfully requests that the Court require Plaintiff to file a more definite statement of the Complaint, and for such other and further relief as the Court deems just and proper.

This the 2nd day of November, 2026.


*/s/ Jeffrey S. Southerland*
Jeffrey S. Southerland
N.C. State Bar No. 34221
jsoutherland@tuggleduggins.com
Daniel D. Stratton
N.C. State Bar No. 52416
dstratton@tuggleduggins.com
Claire E. Grantham
N.C. State Bar No. 61140
cgrantham@tuggleduggins.com
*Attorneys for Defendant Zentra LLC*

OF COUNSEL:

TUGGLE DUGGINS P.A.
400 Bellemeade Street, Suite 800 (27401)
P.O. Box 2888
Greensboro, NC 27402
Telephone: 336-378-1431
Facsimile: 336-274-6590

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Motion for A More Definite Statement** was on this date served on all counsel of record through the Court's CM/ECF system.

This the 2nd day of November, 2026.

*<u>/s/ Jeffrey S. Southerland</u>*
Jeffrey S. Southerland
N.C. State Bar No. 34221
jsoutherland@tuggleduggins.com

*Attorney for Defendant Zentra LLC*

OF COUNSEL:

TUGGLE DUGGINS P.A.
400 Bellemeade Street, Suite 800 (27401)
P.O. Box 2888
Greensboro, NC 27402
Telephone: 336-378-1431
Facsimile: 336-274-6590