**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO. 1:26-CV-00243-MOC-WCM**

Fish Kiss, Inc.,

Plaintiff,

v.

Swedish Treasures, LLC d/b/a Wet-It!; Charles Justin Davies; Louise Mathilda Davies; Joanna Philippa Kidd; Zentra LLC; and Does 1–3,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fish Kiss, Inc., by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice as to Defendant Zentra LLC. Each party shall bear its own attorneys' fees and costs.

This the 5th day of November, 2026


*/s/* Scottie Forbes Lee
Scottie Forbes Lee
N.C. State Bar No. 50833
ELLIS & WINTERS LLP
Post Office Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4085
Facsimile: (336) 217-4198
scottie.lee@elliswinters.com

Counsel for Plaintiff Fish Kiss, Inc.