# EXHIBIT G

# EXHIBIT G

## A Representative List of Amazon ASINs and URLs for Zentra's Product Listings

| ASIN | Amazon Product Listing (click description to open) |
|---|---|
| B07VKPS9Q7 | Fish Kiss 16"x24" New York Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VMB39FN | Fish Kiss 16"x24" Virginia Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VN7B1TC | Fish Kiss 16"x24" New Jersey Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VN7M4K1 | Fish Kiss 16"x24" Connecticut Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VN9452B | Fish Kiss 16"x24" Texas Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VN9QR79 | Fish Kiss 16"x24" California Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VP6265N | Fish Kiss 16"x24" Florida Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VP62K7G | Fish Kiss 16"x24" Georgia Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VQ8TZ53 | Fish Kiss 16"x24" Arkansas Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VQ8V67T | Fish Kiss 16"x24" Maryland Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VQ8VCD5 | Fish Kiss 16"x24" Oklamoma Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VQ8VMQR | Fish Kiss 16"x24" Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VRDNPVR | Fish Kiss 16"x24" Arizona Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VRDPR4P | Fish Kiss 16"x24" New Mexico Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VRDQJ4V | Fish Kiss 16"x24" Minnesota Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VRDQKHN | Fish Kiss 16"x24" Louisiana Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VSH8RYX | Fish Kiss 16"x24" Iowa Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VSH9LZH | Fish Kiss 16"x24" Michigan Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VSHB143 | Fish Kiss 16"x24" North Carolina Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VT63X9R | Fish Kiss 16"x24" Colorado Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |

| ASIN | Amazon Product Listing (click description to open) |
|---|---|
| B07VT788KV | Fish Kiss 16"x24" Kentucky Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VT7K5KS | Fish Kiss 16"x24" Washington D.C. Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B07VT7XDKK | Fish Kiss 16"x24" Washington Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B087PJ2Z6J | Fish Kiss 16"x24" Massachusetts Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B089T7R434 | Fish Kiss 16"x24" South Carolina Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B08G5CDXF8 | Fish Kiss 16"x24" Nevada Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27CTJLW | Fish Kiss 16"x24" Indianna Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27D7MV8 | Fish Kiss 16"x24" Illinois Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27FS6G3 | Fish Kiss 16"x24" New Hampshire Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27FZ4N4 | Fish Kiss 16"x24" Utah Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27HTYZM | Fish Kiss 16"x24" Alabama Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27KWHC3 | Fish Kiss 16"x24" Kansas Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27L93XD | Fish Kiss 16"x24" Missouri Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27LYJTL | Fish Kiss 16"x24" Hawaii Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27MFTND | Fish Kiss 16"x24" Delaware Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27MZ9R7 | Fish Kiss 16"x24" Ohio Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27MZCR9 | Fish Kiss 16"x24" Rhode Island Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27N56Y1 | ish Kiss 16"x24" North Dakota Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27N5CQ2 | Fish Kiss 16"x24" Wyoming Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27P8DFK | Fish Kiss 16"x24" Tennessee Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27PNQCJ | Fish Kiss 16"x24" Nebraska Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |

| ASIN | Amazon Product Listing (click description to open) |
|---|---|
| B0B27PZ7X7 | Fish Kiss 16"x24" West Virginia Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27Q32TZ | Fish Kiss 16"x24" Maine Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27RVR5N | Fish Kiss 16"x24" Mississippi Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27TBLNB | Fish Kiss 16"x24" Oregon Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27WVFZH | Fish Kiss 16"x24" Alaska Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27XRV4N | Fish Kiss 16"x24" South Dakota Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27YXDD4 | Fish Kiss 16"x24" Vermont Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27YXFD6 | Fish Kiss 16"x24" Montana Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B27ZY5FS | Fish Kiss 16"x24" America Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B2811516 | Fish Kiss 16"x24" Idaho Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0B283YTLL | Fish Kiss 16"x24" Pennsylvania Map Towel is 100% Microfiber Waffle Weave Help You Explore in Detail – Our Super Absorbent & Soft, Machine Washable State Map Towel is Stain & Wrinkle Resistant |
| B0BHCC2YRD | Fish Kiss® 16"x24" Washington D.C. Map Dish Towel is of 100% Microfiber Waffle Weave Making it Super Absorbent, Soft & Machine Washable - Map Kitchen Towel,Map Dish Cloth is Multi Purpose |
| B09FYB2QQ6 | Wet-It! Swedish Dishcloth States (Arizona) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09JJ28CCX | Wet-It! Swedish Dishcloth States (North Carolina) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09D4QQ19P | Wet-It! Swedish Dishcloth States (Tennessee) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09BLH4GKK | Wet-It! x Fish Kiss Swedish Dishcloth – Reusable, Absorbent Kitchen Cloth, Perfect for Washing Dishes, Cleaning Counters, and Replacing Sponges and Paper Towels (Colorado) |
| B09J96RQXS | Wet-It! Swedish Dishcloth States (Minnesota) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09BLHG6W2 | Wet-It! Swedish Dishcloth States (Washington) - Reusable and Super Absorbent Kitchen Cloth, Ideal for Dishes and Everyday Cleaning, Eco-Friendly Alternative to Sponges and Paper Towels |
| B09LJ66QMV | Wet-It! Swedish Dishcloth States (Virginia) - Reusable, Super Absorbent Kitchen Cloth, Alternative to Sponges and Paper Towels, Perfect for Dishes and Everyday Cleaning |
| B09D4ZCCXX | Wet-It! x Fish Kiss Swedish Dishcloth (Texas) - Reusable, Super Absorbent Kitchen Cloth, Sponges and Paper Towels, Ideal for Dishes, Surfaces, and Daily Cleaning Tasks |
| B09BLHB4NH | Wet-It! x Fish Kiss Swedish Dishcloth (New York) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09GS7D37F | Wet-It! Swedish Dishcloth States (Idaho) – Absorbent and Reusable Kitchen Cloth Featuring Idaho Design, Ideal for Cleaning, Non-Scratch Surface, Practical Household Essential for Every Home |
| B09FY91HR7 | Wet-It! Swedish Dishcloth States – Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels (Alabama) |

| ASIN | Amazon Product Listing (click description to open) |
|---|---|
| B09J9785N3 | Wet-It! Swedish Dishcloth States (Michigan) |
| B09LJSB9PG | Wet-It! Swedish Dishcloth States (Vermont) – Reusable, Absorbent, and Washable Dishcloth with Vermont State Design for Kitchen, Bathroom, and Household Cleaning – Non-Scratch, Durable, Multi-Purpose |
| B09GS9T1HB | Wet-It! Swedish Dishcloth States (Hawaii) |
| B09D4TBNMC | Wet-It! x Fish Kiss Swedish Dishcloth (Washington DC) – Reusable and Absorbent Kitchen Cloth Featuring Washington DC Design, Ideal for Cleaning, Non-Scratch Surface, Eco-Friendly Household Essential |
| B09FY95KJL | Wet-It! x Fish Kiss Swedish Dishcloth (Illinois) – Absorbent, Reusable Cleaning Cloth for Kitchen, Bathroom, and Household Use – Durable, Washable Dishcloth, Illinois Design, Versatile |
| B09GS9JC33 | Wet-It! Swedish Dishcloth States (Connecticut) - Absorbent Kitchen Cleaning Cloth - Durable and Reusable - Perfect for Everyday Cleaning and Household Tasks |
| B09D4R83GX | Wet-It! x Fish Kiss Swedish Dishcloth (Louisiana) |
| B09BLHNY2K | Wet-It! x Fish Kiss Swedish Dishcloths – Pack of 1 Reusable Paper Towels for Kitchen, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09LJJF495 | Wet-It! Swedish Dishcloth States (New Mexico) |
| B099T4DXNY | Wet-It! x Fish Kiss Swedish Dishcloth (Nebraska) |
| B09LK15C93 | Wet-It! Swedish Dishcloth States (Wisconsin) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09LJYFPDD | Wet-It! Swedish Dishcloth States (Ohio) |
| B09J97P9B3 | Wet-It! Swedish Dishcloth States (Missouri) |
| B09FY7XJS3 | Wet-It! x Fish Kiss Swedish Dishcloth (Indiana) |
| B09J9S18PQ | Wet-It! Swedish Dishcloth States (Massachusetts) – Absorbent and Reusable Kitchen Cloth Featuring Massachusetts Design, Perfect for Cleaning, Non-Scratch Surface, Essential Tool for Every Home |
| B09BLHNG8L | Wet-It! x Fish Kiss Swedish Dishcloth (Maryland) |
| B099T58RB2 | Wet-It! x Fish Kiss Swedish Dishcloth (Arkansas) – Pack of 1 Reusable Paper Towels, Highly Absorbent & Biodegradable Dish Cloths, Non-Scratch, Durable, Machine Washable Cleaning Towels |
| B09D53B67J | Wet-It! x Fish Kiss Swedish Dishcloth (California) - Reusable, Super Absorbent, Non-Scratch Cleaning Cloth - Perfect for Kitchens, Bathrooms, Windows, Non-Stick Cookware, Stainless Steel & More |
| B09J961H43 | Wet-It! Swedish Dishcloth States (Mississippi) |
| B09GS8XQ75 | Wet-It! Swedish Dishcloth States (Kentucky) – Absorbent and Reusable Kitchen Cloth Featuring Kentucky Design, Perfect for Cleaning, Non-Scratch Surface, Essential Household Tool for Every Kitchen |
| B09JHDV77B | Wet-It! Swedish Dishcloth States (South Carolina) |
| B099TR3SWW | Wet-It! Swedish Dishcloth States (Florida) – Reusable, Absorbent Kitchen Cloth for Washing Dishes, Cleaning Counters, and Replacing Sponges and Paper Towels |
| B09LJW9Q7N | Wet-It! Swedish Dishcloth States (South Dakota) |

| ASIN | Amazon Product Listing (click description to open) |
|---|---|
| B09GS95R49 | Wet-It! Swedish Dishcloth States (Iowa) |
| B09LJQDSN9 | Wet-It! Swedish Dishcloth States (Nevada) |
| B09GS9C7T1 | Wet-It! Swedish Dishcloth States (Georgia) |
| B09FY8RX54 | Wet-It! x Fish Kiss Swedish Dishcloth (Kansas) |
| B09BLJ4J8H | Wet-It! Swedish Dishcloth States (Rhode Island) |
| B09LJTBWTK | Wet-It! Swedish Dishcloth States (Wyoming) |
| B09GS8HJWY | Wet-It! Swedish Dishcloth States (Alaska) |
| B09WKMRG6M | Wet-It! Swedish Dishcloth States (USA) |
| B09LJSWSVV | Wet-It! Swedish Dishcloth States (West Virginia) |
| B09J95HCPF | Wet-It! Swedish Dishcloth States (Montana) |
| B09GSBQ4QJ | Wet-It! Swedish Dishcloth States (Delaware) |
| B09LJVM8D4 | Wet-It! Swedish Dishcloth States (New Hampshire) |
| B09LJN6373 | Wet-It! Swedish Dishcloth States (Utah) |
| B0FRYXWW1V | Arkansas Platter by FishKiss |
| B09J98P97V | Wet-It! Swedish Dishcloth States (Maine) |
| B09BLHJNCQ | Wet-It! x Fish Kiss Swedish Dishcloth (Oklahoma) |
| B09LJ42496 | Wet-It! Swedish Dishcloth States (Oregon) |