# EXHIBIT K

FREE BASIC SHIPPING* ON ORDERS OVER $99 - CODE: SHIP99






STYLE: 2468914

# NEBRASKA PIPPA STATE ICONS TOWEL

$21.99

or 4 interest-free payments of $5.50 with Afterpay

zip

Size:

NA

**SHIP ITEM**
Ships in: 1 business day
Expected to ship on or before
**Tuesday, November 17**

**PICK UP NEARBY**
Available for Pick Up in 4 other locations

Qty

1

Add To Cart

Available For Bulk Order

## PRODUCT DETAILS

- Features beautiful hand-painted state icons and landmarks, making it a meaningful souvenir or thoughtful gift that celebrates local culture and hometown pride.
- Premium microfiber waffle weave quickly absorbs moisture while remaining gentle on dishes, glassware, and delicate surfaces for everyday cleaning.
- Perfect as a kitchen towel, bar towel, guest bath towel, or decorative accent, making it as functional as it is stylish.
- Machine washable, stain-resistant, and wrinkle-resistant construction provides reliable performance and keeps the towel looking fresh use after use.
- Vibrant artwork and locally inspired imagery create an eye-catching display, making it an ideal keepsake, hostess gift, or retail souvenir item.
- Size: 16" x 24"

Put a little Nebraska pride in your kitch with this Nebraska Pippa State Icons Towel. This Towel features a microfiber waffle weave that helps quickly absorb moisture, so you'll be ready for any mess cooking can throw your way.

## RATINGS & REVIEWS

## OFTEN BOUGHT WITH



Nebraska Kool-Aid Man Mens Crew Socks
$14.99
+ Add



Nebraska Fish-Kiss Iced Cup Coolie - White
$12.99
+ Add

**Shop** Nebraska

**Shop** Nebraska - Kitchenware

**Shop** Nebraska - Kitchenware - Kitchen Towels

## FANS ALSO LIKED



Nebraska Pippa State Icons Wet-It Cloth Towel
$8.99 + Add



Nebraska Cornhusker State Towel
$12.99 + Add



Nebraska Fish-Kiss Pom Trim Towel
$19.99 + Add



Nebraska Good Life Towel
$12.99 + Add



Nebraska Cotton Dish Towel
$23.00 + Add

## YOU MAY ALSO LIKE



Michigan Pippa State Icons Wet-It Cloth Towel
$8.99 + Add



Milwaukee Brewers 2026 World Series Champions 12" x 30" Pennant - Navy Blue
$11.99 + Add



Milwaukee Brewers World Series Champions 2026 2 Pack 16oz Pint Glass - Clear
$23.99 + Add



Milwaukee Brewers 2026 World Series Champions Can Cooler Coolie
$5.99 + Add



Milwaukee Brewers Black 2026 World Series Champions 1.5 Locker Room 2-Hit Short Sleeve T Shirt
$55.00 + Add

## RATINGS & REVIEWS

No customers have reviewed this item.

### Leave A Review

Rate Product *

Name *

Email

Location

Title

Summary

I'm not a robot

reCAPTCHA

Submit Review

## JOIN RALLY REWARDS

Join for **exclusive** access to new arrivals, store events and more!

Enter Your Email

Join

**CUSTOMER SERVICE**

- Track Order
- My Account
- Returns & Exchanges
- Shipping
- Contact Us
- In-Store Pick Up
- Size Charts
- Bulk Orders
- Help Center

**STORES**

- Store Locations

**GIFT CARDS**

- Check Balance
- Gift Cards

**OUR COMPANY**

- Careers
- About Us
- Feedback
- Donations
- Services
- Rally House News
- World Cup Blog

**CONNECT WITH US**

#YourCityYourHouse

Your Privacy Choices | Privacy Statement | Terms of Use | Accessibility Statement | © 2026 Rally House | Site Map