IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.1:26-cv-000243-MOC-WCM

| | |
|---|---|
| FISH KISS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH TREASURES, LLC d/b/a WET-IT!; CHARLES JUSTIN DAVIES; LOUISE MATHILDA DAVIES; and JOANNA PHILIPPA KIDD,<br><br>Defendants. | DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT |

Defendants Swedish Treasures, LLC d/b/a Wet-It! ("Wet-It"), Charles Justin Davies, Louise Mathilda Davies, and Joanna Philippa Kidd (collectively, "Defendants"), by and through undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, respectfully move the Court for an order extending by thirty (30) days each Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. 24) as follows: (a) for Wet-It, Charles Justin Davies, and Louise Mathilda Davies, through and including **Wednesday, December 30, 2026**; and (b) for Joanna Philippa Kidd, through and including **Thursday, January 7, 2027**. Plaintiff consents to the relief requested. In support of this Motion, Defendants show the Court as follows:

1. Plaintiff Fish Kiss, Inc. ("Plaintiff") filed its original Complaint on August 21, 2026. Dkt. 1.

2. On October 26, 2026, Wet-It, Louise Mathilda Davies, and Charles Justin Davies each filed a partial motion to dismiss the Complaint under Rule 12(b)(6). Dkts. 17, 18, 19.

3. On November 16, 2026, Plaintiff filed its First Amended Complaint. Dkt. 24. The First Amended Complaint is sixty-seven (67) pages long, contains two-hundred and fifteen (215) numbered paragraphs, asserts ten causes of action under the Copyright Act, the Lanham Act, and North Carolina statutory and common law, and attaches eleven exhibits. Dkts. 24-2 through 24-12.

4. On November 17, 2026, the Court administratively denied the partial motions to dismiss without prejudice as moot in light of the filing of the First Amended Complaint. Text-Only Orders entered Nov. 17, 2026, regarding Dkts. 17–19.

5. Under Fed. R. Civ. P. 15(a)(3), any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within fourteen days after service of the amended pleading, whichever is later. Accordingly, the current deadline for Wet-It, Charles Justin Davies, and Louise Mathilda Davies to respond to the First Amended Complaint is November 30, 2026.

6. Defendant Joanna Philippa Kidd waived service of the summons, and the request for waiver was sent on October 9, 2026. Dkt. 15. Her time to respond to the original Complaint therefore runs through December 8, 2026, which is later than fourteen days after service of the First Amended Complaint. Fed. R. Civ. P. 4(d)(3). Accordingly, Joanna Philippa Kidd's current deadline to respond to the First Amended Complaint is December 8, 2026.

7. Good cause exists for the requested extension. The First Amended Complaint revises Plaintiff's allegations and attaches new exhibits. Defendants' counsel requires additional time to review the amended pleading and its exhibits, confer with Defendants, and evaluate and prepare the appropriate response to the First Amended Complaint, including any motions under

Rule 12 and any counterclaims. In addition, the Thanksgiving holiday falls within the current response period.

8. This Motion is filed before the expiration of the deadlines it seeks to extend. Wet-It, Charles Justin Davies, and Louise Mathilda Davies previously sought, with Plaintiff's consent, an extension of their deadline to respond to the original Complaint. Dkt. 9. This is Defendants' first request for an extension of the deadline to respond to the First Amended Complaint, and Joanna Philippa Kidd has not previously requested any extension in this action.

9. The requested extension will not prejudice any party, and Plaintiff consents to it. This Motion is made in good faith and not for the purpose of delay.

10. Undersigned counsel requested Plaintiff's consent to the requested thirty-day (30) extension on November 17, 2026. Counsel for Plaintiff confirmed Plaintiff's consent by email on November 17, 2026.

11. A proposed order is submitted with this Motion in accordance with LCvR 5.2.1(b) and the Court's Administrative Procedures.

12. By filing this Motion, Defendants do not waive, and expressly reserve, all defenses, objections, and responses available to them under Rule 12 of the Federal Rules of Civil Procedure and otherwise.

WHEREFORE, Defendants respectfully request that the Court enter an order (a) extending the deadline for Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, and Louise Mathilda Davies to answer or otherwise respond to the First Amended Complaint through and including December 30, 2026; (b) extending the deadline for Defendant Joanna Philippa Kidd to answer or otherwise respond to the First Amended Complaint through and including January 7, 2027; and (c) granting such other and further relief as the Court deems just and proper.

This the 19th day of November, 2026.

Respectfully submitted,

AVONTIS

*<u>/s/ Ray Ashburg</u>*
Ray Ashburg
N.C. State Bar No. 31371
AVONTIS | Attorneys & Counselors at Law
112 S. Tryon Street, Suite 809
Charlotte, North Carolina 28284
Telephone: (704) 408-2530
Facsimile: (704) 280-1245
Ashburg@AvontisLaw.com

*Attorney for Defendants Swedish Treasures, LLC d/b/a Wet-It!, Charles Justin Davies, Louise Mathilda Davies, and Joanna Philippa Kidd*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Scottie Forbes Lee
ELLIS & WINTERS LLP
Post Office Box 2752
Greensboro, North Carolina 27402
scottie.lee@elliswinters.com
Attorney for Plaintiff Fish Kiss, Inc.

This the 19th day of November, 2026.

*<u>/s/ Ray Ashburg</u>*
Ray Ashburg
AVONTIS